IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
OCT - 4 2019
DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:19CR40018-001 |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| LONNIE JOSEPH PARKER | ) | |
| | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about July 21, 2018, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

LONNIE JOSEPH PARKER,

a licensed medical practitioner, knowingly and intentionally distributed codeine, a Schedule II controlled substance, to his patient, T.W., without an effective prescription, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### COUNT 2

On or about August 1, 2018, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

LONNIE JOSEPH PARKER,

a licensed medical practitioner, knowingly and intentionally distributed oxycodone, a Schedule II controlled substance, to his patient, N.C., without an effective prescription, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 3

On or about August 29, 2018, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

## LONNIE JOSEPH PARKER,

a licensed medical practitioner, knowingly and intentionally distributed codeine, a Schedule II controlled substance, to his patient, G.T., without an effective prescription, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 4

On or about November 17, 2018, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

## LONNIE JOSEPH PARKER,

a licensed medical practitioner, knowingly and intentionally distributed codeine, a Schedule II controlled substance, to his patient, K.J., without an effective prescription, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 5

On or about January 2, 2019, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

## LONNIE JOSEPH PARKER,

a licensed medical practitioner, knowingly and intentionally distributed oxycodone, a Schedule II controlled substance, to his patient, T.P., without an effective prescription, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 6

On or about January 4, 2019, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

## LONNIE JOSEPH PARKER,

a licensed medical practitioner, knowingly and intentionally distributed oxycodone, a Schedule II controlled substance, to his patient, L.H., without an effective prescription, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 7

On or about January 7, 2019, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

## LONNIE JOSEPH PARKER,

a licensed medical practitioner, knowingly and intentionally distributed oxycodone, a Schedule II controlled substance, to his patient, J.F., without an effective prescription, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 8

On or about February 15, 2019, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

## LONNIE JOSEPH PARKER,

a licensed medical practitioner, knowingly and intentionally distributed oxycodone, a Schedule II controlled substance, to his patient, J.L., without an effective prescription, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 9

On or about March 8, 2019, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

LONNIE JOSEPH PARKER,

a licensed medical practitioner, knowingly and intentionally distributed codeine, a Schedule II controlled substance, to his patient, D.G., without an effective prescription, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

A True Bill.

/s/ Grand Jury Foreperson
Foreperson

DUANE (DAK) KEES
UNITED STATES ATTORNEY

Anne E. Gardner
Special Assistant U.S. Attorney
VA Bar No. 41461
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Anne.Gardner2@usdoj.gov