IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

## MINUTES

| | |
|---|---|
| United States of America | JUDGE: Barry A. Bryant, U. S. Magistrate Judge |
| PLAINTIFF | REPORTER: Sheri Sivley, Digital Recorder |
| ATTY: Graham Jones, AUSA | CLERK: Sheri Sivley |
| Texarkana, AR | |
| Lonnie Joseph Parker | CASE NO. 4:19CR40018-001 |
| DEFENDANT | INTERPRETER: |
| ATTY: John Hardy, Retained | DATE: October 9, 2019 |

ACTION: Detention Hearing

| TIME | MINUTES |
|---|---|
| 3:05 pm | Court convenes. |
| | Alex Wynn for the Defendant. Graham Jones for USA. |
| | Witness, Chi Kim Parker, Defendant's wife, sworn in. |
| | Mr. Wynn's direct exam of Mrs. Parker. Exhibit 1 - Plane tickets to Germany, Exhibit 2-Conference itinerary and |
| | Exhibit 3 - Conference material listing Dr. Parker as speaker submitted. |
| | Exhibits 1-3 admitted for purposes of this hearing. |
| | Mr. Jones' cross examination of Mrs. Parker. |
| | Mr. Wynn's re-direct exam of Mrs. Parker. |
| | Witness excused. |
| | Mr. Jones' argument. |
| | Mr. Wynn's argument. Court discussion. |
| | Mr. Jones' argument. |
| | Mr. Wynn's argument. Court discussion. |
| | Court accepts Government's request for special conditions and denies the request in part. |
| | Court discussion over special conditions of release. |
| | Defendant requests for lawful work in Hot Springs, AR |
| | Government does not object to this request. |
| | Court discussion |
| | Defendant release on Appearance Bond and Order Setting Conditions of Release. |
| 3:55 pm | Court adjourned. |