IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 28 2020
DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:19CR40018-001 |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| LONNIE JOSEPH PARKER | ) | 21 U.S.C. § 841(b)(1)(C) |

SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1

On or about July 21, 2018, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

LONNIE JOSEPH PARKER,

then a licensed medical practitioner in the State of Arkansas, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally dispensed and distributed a Schedule II controlled substance namely, codeine, to an individual whose name bears the initials "T.W.".

All in violation of Title 21, United States Code, Section 841(a)(l), Title 21, United States Code, Section 841(b)(1)(C), and 21 C.F.R. § 1306.04.

COUNT 2

On or about August 1, 2018, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

1

LONNIE JOSEPH PARKER,

then a licensed medical practitioner, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally dispensed and distributed a Schedule II controlled substance namely, oxycodone, to an individual whose name bears the initials "N.C.", thereby causing the death of "N.C.".

All in violation of Title 21, United States Code, Section 841(a)(l), Title 21, United States Code, Section 841(b)(1)(C), and 21 C.F.R. § 1306.04.

## COUNT 3

On or about August 29, 2018, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

LONNIE JOSEPH PARKER,

then a licensed medical practitioner in the State of Arkansas, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally dispensed and distributed a Schedule II controlled substance namely, codeine, to an individual whose name bears the initials "G.T.".

All in violation of Title 21, United States Code, Section 841(a)(l), Title 21, United States Code, Section 841(b)(1)(C), and 21 C.F.R. § 1306.04.

## COUNT 4

On or about November 17, 2018, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

LONNIE JOSEPH PARKER,

then a licensed medical practitioner in the State of Arkansas, while acting and intending to act

outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally dispensed and distributed a Schedule II controlled substance namely, codeine, to an individual whose name bears the initials "K.J."

All in violation of Title 21, United States Code, Section 841(a)(l), Title 21, United States Code, Section 841(b)(1)(C), and 21 C.F.R. § 1306.04.

## COUNT 5

On or about January 2, 2019, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

### LONNIE JOSEPH PARKER,

then a licensed medical practitioner in the State of Arkansas, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally dispensed and distributed a Schedule II controlled substance namely, oxycodone, to an individual whose name bears the initials "T.P.".

All in violation of Title 21, United States Code, Section 841(a)(l), Title 21, United States Code, Section 841(b)(1)(C), and 21 C.F.R. § 1306.04.

## COUNT 6

On or about January 4, 2019, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

### LONNIE JOSEPH PARKER,

then a licensed medical practitioner in the State of Arkansas, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally dispensed and distributed a Schedule II controlled substance namely,

oxycodone, to an individual whose name bears the initials "L.H.".

All in violation of Title 21, United States Code, Section 841(a)(l), Title 21, United States Code, Section 841(b)(1)(C), and 21 C.F.R. § 1306.04.

### COUNT 7

On or about January 7, 2019, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

### LONNIE JOSEPH PARKER,

then a licensed medical practitioner in the State of Arkansas, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally dispensed and distributed a Schedule II controlled substance namely, oxycodone, to an individual whose name bears the initials "J.F.".

All in violation of Title 21, United States Code, Section 841(a)(l), Title 21, United States Code, Section 841(b)(1)(C), and 21 C.F.R. § 1306.04.

### COUNT 8

On or about February 15, 2019, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

### LONNIE JOSEPH PARKER,

then a licensed medical practitioner in the State of Arkansas, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally dispensed and distributed a Schedule II controlled substance namely, oxycodone, to an individual whose name bears the initials "J.L.".

All in violation of Title 21, United States Code, Section 841(a)(l), Title 21, United States

Code, Section 841(b)(1)(C), and 21 C.F.R. § 1306.04.

## COUNT 9

On or about March 8, 2019, in the Western District of Arkansas, Texarkana Division, and elsewhere, the defendant,

## LONNIE JOSEPH PARKER,

then a licensed medical practitioner in the State of Arkansas, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally dispensed and distributed a Schedule II controlled substance namely, codeine, to an individual whose name bears the initials "D.G.".

All in violation of Title 21, United States Code, Section 841(a)(l), Title 21, United States Code, Section 841(b)(1)(C), and 21 C.F.R. § 1306.04.

## **FORFEITURE ALLEGATION**

*Controlled Substance Offenses*

The allegations contained in Count One through Nine of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant, **LONNIE JOSEPH PARKER**, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, a money judgment.

Moreover, if any property subject to forfeiture, as a result of any act or omission by the defendant:

(a) Cannot be located upon the exercise of due diligence;

(b) Has been transferred or sold to, or deposited with a third party;

(c) Has been placed beyond the jurisdiction of the court;

(d) Has been substantially diminished in value; or

(e) Has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

/s/Grand Jury Foreperson
Grand Jury Foreperson

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

Anne E. Gardner
Special Assistant U.S. Attorney
VA Bar No. 41461
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Anne.Gardner2@usdoj.gov