IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                              4:19CR40018 SOH

LONNIE JOSEPH PARKER                                                 DEFENDANT

## MOTION TO CHANGE VENUE TO HOT SPRINGS DIVISION

Comes Lonnie Joseph Parker, through his attorneys, John Wesley Hall and Jeff Rosenzweig, and for his MOTION TO CHANGE VENUE TO HOT SPRINGS DIVISION states:

1. Pursuant to F.R.Crim.P. 18, Parker moves that the trial of this case be conducted in the Hot Springs Division of the Western District of Arkansas. This trial is currently scheduled for January 19, 2021 in Texarkana.

2. Rule 18 provides:

> Unless a statute or these rules permit otherwise, the government must prosecute an offense in a district where the offense was committed. The court must set the place of trial within the district with due regard for the convenience of the defendant, any victim, and the witnesses, and the prompt administration of justice.

3. The basis for the request is that there has been significant negative publicity about Parker in the counties within the media markets serving the Texarkana and El Dorado Divisions of this Court.

4. The Hot Springs Division, however, is inside the Little Rock media market

and therefore not subject to anywhere near the extent of negative publicity. If the government contests this assertion—and upon information and belief, the government may not contest transfer to the Hot Springs Division—Parker seeks that the Court schedule a hearing on this issue in which he may present evidence of prejudicial publicity of news articles from newspapers and websites and television news.

5. Venue in Hot Springs should not materially inconvenience any Texarkana witnesses. Hot Springs is easily reachable by Interstate 30 and a four lane highway (US 270) from Malvern.

6. Trial of this case in the Hot Springs Division would have no adverse impact on the prompt administration of justice.

7. To the extent these factors are relevant, and Parker believes they are not, this is a one defendant case; he is not in custody and the allegation is not one of violence. Thus there should be no concern with using the Hot Springs Federal Building and Courthouse that would otherwise exist in a case of multiple or detained defendants.

8. In *United States v. Stanko*, 528 F.3d 581, 586 (8th Cir. 2008), the Eighth Circuit held that Rule 18 requires full consideration of all the factors listed in the Rule. The *Stanko* court reversed the conviction because of the district court's failure to consider those factors required a remand for whether a new trial should be ordered.

9. Moreover, because the reason for the change of venue is related to prejudicial publicity, Parker's right to a fair jury under the Sixth Amendment is also

implicated.

> In essence, the right to jury trial guarantees to the criminally accused a fair trial by a panel of impartial, "indifferent" jurors. … "A fair trial in a fair tribunal is a basic requirement of due process." *In re Murchison,* 349 U.S. 133, 136. In the ultimate analysis, only the jury can strip a man of his liberty or his life. In the language of Lord Coke, a juror must be as "indifferent as he stands unsworne." Co.Litt. 155b. His verdict must be based upon the evidence developed at the trial.

*Irvin v. Dowd,* 366 U.S. 717, 722 (1961), quoted in *Nebraska Press Ass'n v. Stuart,* 427 U.S. 539, 551 (1976). The right to a fair trial is also a due process right under the Fifth Amendment. *Nebraska Press* at 552.

WHEREFORE, Parker prays that this Court change venue and conduct this trial in the Hot Springs Division.

        LONNIE JOSEPH PARKER

        JEFF ROSENZWEIG
          Ark. Bar No. 77115
        300 Spring St., Suite 310
        Little Rock, AR 72201
        (501) 372-5247
        jrosenzweig@att.net

        JOHN WESLEY HALL
          Ark. Bar No. 73047
        1202 Main Street; Suite 210
        Little Rock, Arkansas 72202-5057
        (501) 371-9131 / fax (501) 378-0888
        ForHall@aol.com

        *Attorneys for Defendant*