IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                         4:19CR40018 SOH

LONNIE JOSEPH PARKER                                                  DEFENDANT

## RESPONSE TO
## MOTION FOR ADMISSION OF EVIDENCE UNDER RULE 404(b)

Comes Lonnie Joseph Parker, through his attorneys, John Wesley Hall and Jeff Rosenzweig, and for his RESPONSE TO MOTION FOR ADMISSION OF EVIDENCE UNDER RULE 404(B) states:

1. The government seeks to introduce, under the rubric of Rule 404(b) F.R.E., three classes of evidence: (A) Additional prescriptions of patients in the superseding indictment; (B) Testimony from patients who are not covered in counts of the superseding indictment; and (C) practice-wide evidence allegedly showing the defendant operated outside the standard of medical practice generally accepted throughout the country.

2. With regard to additional prescriptions of patients in the indictment. Parker currently does not anticipate objection to testimony about uncharged prescriptions which he wrote regarding the patients listed in the indictment. The

1

facts of each patient's medical history vis-a-vis Parker are likely to be elicited in any event.

3. With regard to testimony from patients who are not covered in counts of the superseding indictment, Parker is unable to formulate a proper response until the government complies with its statement in its motion that "Prior to trial, the United States will provide the Court and the defense a more complete description of which patients will be called as witnesses and the substance of their testimony." Moreover, depending on the number of such witnesses and when the disclosure is made, it may be necessary to seek a continuance for purposes of preparation.

4. With regard to testimony regarding practice-wide matters, Parker is unable to formulate a proper response until the government provides a report from its proposed expert. Parker hereby requests this information under Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure.

5. If the government resists or delays provision, Parker requests action under Rule 16.1(b), F.R.Crim.P.

WHEREFORE, Parker prays that the Court order the provision of the description of the patients and the subjects of their testimony and the expert report and for such other relief to which he is entitled.

LONNIE JOSEPH PARKER


JEFF ROSENZWEIG
Ark. Bar No. 77115
300 Spring St., Suite 310
Little Rock, AR 72201
(501) 372-5247
jrosenzweig@att.net

JOHN WESLEY HALL
 Ark. Bar No. 73047
1202 Main Street; Suite 210
Little Rock, Arkansas 72202-5057
(501) 371-9131 / fax (501) 378-0888
ForHall@aol.com

*Attorneys for Defendant*