IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                  Case No. 4:19-cr-40018

LONNIE JOSEPH PARKER                                                            DEFENDANT

## ORDER

This matter is currently set for trial on January 19, 2021. However, because the continued outbreak of the Coronavirus Disease 2019 (COVID-19) poses a severe risk to the parties, the attorneys, the witnesses, the jurors, the public, the court staff, and other court agencies, the Court finds that a continuance is necessary. The Court finds that the ends of justice are served by continuing the jury trial and outweigh the best interests of the public and Defendant under 18 U.S.C. § 3161(h)(7)(A); *see* Administrative Order No. 2020-14.

Accordingly, the trial of this matter is hereby continued and will commence at 9:00 a.m. on August 16, 2021, at the United States Courthouse, Texarkana, Arkansas. Counsel shall adjust all remaining deadlines accordingly. The time between the original trial date of January 19, 2021, and the new trial date of August 16, 2021, is excludable for speedy trial purposes. *See* Administrative Order No. 2020-14.

**IT IS SO ORDERED**, this 19th day of November, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge