IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                  4:19CR40018 SOH

LONNIE JOSEPH PARKER                               DEFENDANT

MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

Comes Lonnie Joseph Parker, through his attorneys, John Wesley Hall and Jeff Rosenzweig, and for his MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE states:

1. Parker is a physician. His conditions of release provide that he will not practice medicine while on release status; will not prescribe controlled substances and will voluntarily surrender any license to prescribe controlled substances.

2. With regard to the Arkansas State Medical Board, he is not prohibited from practice. His current status is reflected by these minutes:

> Date of Action: 10/4/2019
> Minutes:
> PARKER, Lonnie Joseph, M.D. appeared with his attorney, Drake Mann, in response to an Order and Notice of Hearing. Upon a motion by Dr. R. Breving, seconded by Dr. R. Griffin, the Board voted to accept Dr. Parker's offer to not prescribe codeine cough medicine or Ketamine, as well as Schedule II medications; he will continue the

1

      ongoing Pain Management Review Committee monitoring and will pay the costs of the investigation of $4,500.00 within three years. There were two votes opposed to the decision.

3. The trial of this matter has been continued, because of Covid, from January, 2021 to August, 2021.

4. Parker hereby seeks modification of his conditions of release to permit him to practice medicine under supervision of another physician and under the conditions placed by the State Medical Board as cited above.

5. This modification is necessary and appropriate for the following reasons: (i) There is an ongoing pandemic for which there is a current shortage of medical personnel to treat and for which Parker can make a contribution; and (ii) The continuance of this case will cause Parker serious financial strain which can be alleviated by permitting him to practice without causing violation of the Medical Board's conditions.

6. This Court should conduct a hearing on this motion or should refer to the Magistrate Judge for consideration.

WHEREFORE, Parker prays that the conditions of release be modified as requested herein and for all other relief to which he is entitled.

LONNIE JOSEPH PARKER

JEFF ROSENZWEIG
Ark. Bar No. 77115
300 Spring St., Suite 310
Little Rock, AR 72201
(501) 372-5247
jrosenzweig@att.net

JOHN WESLEY HALL
 Ark. Bar No. 73047
1202 Main Street; Suite 210
Little Rock, Arkansas 72202-5057
(501) 371-9131 / fax (501) 378-0888
ForHall@aol.com

*Attorneys for Defendant*