UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 4:19CR40018 SOH |
| | ) | |
| LONNIE JOSEPH PARKER | ) | |

**THE UNITED STATES OF AMERICA'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR MODIFICATION OF BOND CONDITIONS**

The United States of America, by David Clay Fowlkes, First Assistant United States Attorney for the Western District of Arkansas, and Special Assistant United States Attorney Anne E. Gardner, submits the following response in opposition to defendant's motion for modification of bond conditions (*Doc. No. 45*).

## I.   BACKGROUND

On October 4, 2019, the Grand Jury for the Western District of Arkansas charged the defendant with nine counts of distribution of a controlled substance without an effective prescription. On June 28, 2020, the Grand Jury for the Western District of Arkansas returned a Superseding Indictment amending Count 2 to include an enhanced penalty for causing the death of a patient through acting outside the usual course of professional practice and without a legitimate medical purpose. Trial is scheduled to start on August 16, 2021, in Texarkana, Arkansas (the Texarkana Division). On November 19, 2020, the defendant filed a motion for modification of his conditions of bond. *Doc. No. 45*. The United States opposes the defendant's request.

## II.   DISCUSSION

In May 2000, the defendant was convicted following a trial by jury in the Eastern District of Arkansas of violating Title 18, United States Code, Section 2252(f), Possession of Sexually Exploited Material Re: Minors and sentenced to 57 months in the Federal Bureau of Prisons with

1

three years supervised release. (See EDAR case number 4:98CR00236) Following the defendant's completion of his sentence, the Arkansas Medical Board reinstated the defendant's license to practice medicine. On October 4, 2019, the Grand Jury for the Western District of Arkansas charged the defendant with nine counts of distribution of a controlled substance without an effective prescription during the timeframe of July 2018 through March 8, 2019. On October 10, 2019, the defendant surrendered his DEA registration, and he is not authorized to prescribe controlled substances. At that time, the defendant entered a consent order with the Arkansas Medical board that restricted his ability to dispense controlled substances. Further, his conditions of bond in the current case restrict his ability to practice medicine. On June 28, 2020, the Grand Jury for the Western District of Arkansas returned a Superseding Indictment amending Count 2 to include an enhanced penalty for causing the death of a patient through acting outside the usual course of professional practice and without a legitimate medical purpose.

The defendant requests a modification of bond to allow him to practice medicine due to the need for physicians during the COVID-19 pandemic. The defendant made an informal request to the United States to be allowed to do the same in New York in March/April 2020, and the United States opposed the request at that time. The United States opposes the current request for modification of bond due to the defendant having a prior felony conviction that would disqualify him from having a medical license in other states, and because of the serious nature of the offenses charged in the pending Superseding Indictment. The United States submits that the defendant represents a danger to the community through the practice of medicine.

WHEREFORE, the United States respectfully requests that the defendant's motion be denied.

DAVID CLAY FOWLKES<br>
FIRST ASSISTANT UNITED STATES ATTORNEY

By: /s/ Anne E. Gardner

ANNE E. GARDNER
Special Assistant United States Attorney
P.O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Anne.Gardner2@usdoj.gov