IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                        4:19CR40018 SOH

LONNIE JOSEPH PARKER                                                DEFENDANT

MOTION FOR ORDER REGARDING COMPLIANCE WITH SUBPOENA

Comes Lonnie Joseph Parker, through his attorneys, John Wesley Hall and Jeff Rosenzweig, and for his MOTION FOR ORDER REGARDING COMPLIANCE WITH SUBPOENA states:

1. Parker has subpoenaed various records for the now-cancelled December 1, 2020, hearing. In an attachment to those subpoenas, counsel stated the following:

> IN LIEU OF ATTENDANCE YOU MAY PROVIDE COPIES OF THE FOREGOING WITH AN AFFIDAVIT OF AUTHENTICITY TO:
>
> Jeff Rosenzweig
> Attorney at Law
> 300 Spring St., Suite 310
> Little Rock, AR 72201
> Tel: 501-372-5247
> Fax: 501-376-0770
> Email: jrosenzweig@att.net

2. Despite this statement, one recipient of the subpoenas, the keeper of

1

records of the Texas Back Institute, has informed counsel that while her organization is willing to send records to counsel, her organization requires a court order to that effect before doing so.

3. Therefore, Parker requests that this Court issue an order stating that the Texas Back Institute is to comply with the subpoena by sending the materials to counsel. A proposed order is being emailed to the Court's chambers.

WHEREFORE, Parker prays that the Court issue an order to the Texas Back Institute that it may comply with the subpoena by sending the records directly to counsel.

LONNIE JOSEPH PARKER

JEFF ROSENZWEIG
Ark. Bar No. 77115
300 Spring St., Suite 310
Little Rock, AR 72201
(501) 372-5247
jrosenzweig@att.net

JOHN WESLEY HALL
 Ark. Bar No. 73047
1202 Main Street; Suite 210
Little Rock, Arkansas 72202-5057
(501) 371-9131 / fax (501) 378-0888
ForHall@aol.com

*Attorneys for Defendant*