IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                          Case No. 4:19-cr-40018

LONNIE JOSEPH PARKER                                                                  DEFENDANT

## ORDER

The Keeper of Records of the Texas Back Institute is to comply with the subpoena issued to it by counsel for Defendant Parker by sending an authenticated copy of the requested records to counsel for Parker at the following address:

>Jeff Rosenzweig
>Attorney at Law
>300 Spring St., Suite 310
>Little Rock, AR 72201
>Tel: 501-372-5247
>Fax: 501-376-0770
>Email: jrosenzweig@att.net

**IT IS SO ORDERED**, this 30th day of November, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge