IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                          Case No. 4:19-cr-40018

LONNIE JOSEPH PARKER                                                                     DEFENDANT

**O R D E R**

**BEFORE** the Court is the Motion to Modify Conditions of Release filed herein by the Defendant. ECF No. 45. The Government responded. ECF No. 46. The Motion was referred to the undersigned for decision. ECF No. 48. On December 11, 2020, the Court held a hearing on this Motion. ECF No. 55. After considering the testimony from Defendant and the argument of counsel for both parties, the Court took the Motion under advisement pending submission of additional information from Defendant regarding his requested modification. ECF No. 55. Defendant, through counsel, has advised the Court that no additional information is available at this time.[1] Accordingly, the Court will deny the Motion without prejudice to refiling.

**IT IS THEREFORE ORDERED**, the Motion to Modify Conditions of Release filed herein by the Defendant (ECF No. 45) is **DENIED** without prejudice to refiling, if new information becomes available relevant to the requested modification or should Defendant's circumstances change.

**SIGNED** this **5th day of March 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

---

[1] Defendant's counsel so advised the Court through an email communication.