IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    Case No. 4:19-cr-40018

LONNIE JOSEPH PARKER                                                                  DEFENDANT

## ORDER

Before the Court is the Government's Motion for Authorizing the Clerk of the Court to Issue Trial Subpoenas Pursuant to Federal Rule of Criminal Procedure 17(c). (ECF No. 60). Defendant has not filed any objections, and the time to do so has passed. The Court finds the matter is ripe for consideration.

Upon consideration, the Court finds that the motion (ECF No. 60) should be and hereby is **GRANTED**. The Clerk of the Court is **DIRECTED** to issue the subpoenas as requested in the motion and provide such to the Government for service.

**IT IS SO ORDERED**, this 23rd day of March, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge