IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA　　　　　　　　　　　　　　　　PLAINTIFF

v.　　　　　　　　4:19CR40018 SOH

LONNIE JOSEPH PARKER　　　　　　　　　　　　　　　　DEFENDANT

MOTION FOR COURT'S CONSENT TO TAKE DEPOSITION OF WITNESS

Comes the Defendant, Lonnie Joseph Parker, through his attorneys Jeff Rosenzweig and John Wesley Hall Jr., and for his MOTION FOR COURT'S CONSENT TO TAKE DEPOSITION OF WITNESS states:

1. In accordance with Rule 15 of the Federal Rules of Criminal Procedure, Parker seeks to take the deposition of Dr. Donald Duncan in order to preserve Dr. Duncan's testimony for the trial of this matter.

2. Parker submits that taking the deposition of Dr. Duncan presents exceptional circumstances and is in the interest of justice for these reasons:

❏ Dr. Duncan is 85 years old and suffers from various maladies to be expected in persons of that age.

❏ Dr. Duncan was associated with Dr. Parker in the practice of medicine at Dr. Parker's clinic during at least part of the time period alleged in

1

the indictment and is otherwise in a position to note his observations on Dr. Parker's practice of medicine in general and on some of the patients at issue in particular.

❏ Considering Dr. Duncan's age, condition and that the trial is scheduled for March, 2022—some nine months away—it is necessary for Dr. Parker's defense that Dr. Duncan's testimony be preserved in the event that Dr. Duncan is unavailable in March, 2022.

3. Undersigned counsel Rosenzweig has conferred with AUSA Anne Gardner on this issue and is able to state that an agreement has been reached to take Dr. Duncan's video deposition at 10 a.m. on July 9, 2021, in an appropriate room at the United States Courthouse in Texarkana. This motion thus seeks the Court's consent to the deposition under Rule 15(h), F.R.Crim.P.

4. In the highly unlikely event that this agreement has been misunderstood or misstated, Parker seeks an order of this Court under Rule 15(a)(1) to depose Dr. Duncan at the time and place and under the circumstances set forth in the preceding paragraph.

5. At this point, it is not believed that Dr. Duncan is in possession of an unprivileged material. In the event that he may be, Parker seeks an order of the court permitting him to issue a subpoena duces tecum for any such "book, paper, document,

2

record, recording, or data."

WHEREFORE, Parker prays that this Court grant its consent to the deposition of Dr. Duncan under Rule 15; that the deposition be ordered if consent turns out to have been misunderstood; and that a subpoena duces tecum for relevant materials be authorized.

                      LONNIE JOSEPH PARKER


                      JEFF ROSENZWEIG
                      Ark. Bar No. 77115
                      300 Spring St., Suite 310
                      Little Rock, AR 72201
                      (501) 372-5247
                      (501) 376-0770 (fax)
                      jrosenzweig@att.net

                      JOHN WESLEY HALL
                      Ark. Bar No. 73047
                      1202 Main Street; Suite 210
                      Little Rock, Arkansas 72202-5057
                      (501) 371-9131 / fax (501) 378-0888
                      ForHall@aol.com

                      *Attorneys for Defendant*