UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                                    )<br>)<br>LONNIE JOSEPH PARKER                 ) | CASE NO. 4:19CR40018 SOH |

**THE UNITED STATES OF AMERICA'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR MODIFICATION OF BOND CONDITIONS**

The United States of America, by David Clay Fowlkes, First Assistant United States Attorney for the Western District of Arkansas, and Special Assistant United States Attorney Anne E. Gardner, submits the following response in opposition to defendant's motion for modification of bond conditions (*Doc. No. 69*).

The defendant has requested that the Court order the Arkansas Prescription Monitoring Program (PMP) to give him access to patient PMP data, although he does not qualify to have access at this time. The defendant asserts that he requires access to patient records to prepare his defense.

As part of discovery in this case, the United States provided PMP data under the defendant's own name and PMP data for each identified patient in the indictment. Upon request of the defendant, the United States can provide the defendant with PMP data for additional patients. The United States would need to know the patients name and date of birth, and what date range the defendant requires. The United States submits that the Arkansas PMP should not be ordered to give the defendant unfettered access to the PMP.

WHEREFORE, the United States respectfully requests that the defendant's motion be denied.

DAVID CLAY FOWLKES
FIRST ASSISTANT UNITED STATES ATTORNEY

By: /s/ Anne E. Gardner

ANNE E. GARDNER
Special Assistant United States Attorney
P.O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Anne.Gardner2@usdoj.gov
