IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

vs.                                    Civil No. 4:19-cr-040018

LONNIE JOSEPH PARKER                                                                     DEFENDANT

## ORDER OF MODIFICATION OF CONDITIONS OF RELEASE

Before the Court is Defendant's Motion to Modify Conditions of Release. ECF No. 68. The Government has responded and objects to the requested modification. ECF No. 70. The Motion has been referred to the undersigned for decision. ECF No. 69.

Defendant Lonnie Parker (hereinafter "Defendant" or "Parker) wishes to access the Prescription Monitoring Program (PMP) established by Ark.a Code Ann. §20-7-601 et seq. in order to prepare his defense. Although Parker's license to practice medicine is not suspended, he is prohibited from the practice of medicine by the conditions of release in this case. ECF No. 17. Parker states that his attorney's inquiries to the Arkansas Department of Health, which administers the PMP, as to whether Parker may access the program, have been answered with the position that the Department considers the prohibition contained in the conditions of release to be grounds to prohibit Parker's access to the PMP. The Government objects to Parker's request and states that Parker should not have "unfettered access" to the PMP.

After considering the briefing of the Parties and the Government's objections, the Court **GRANTS** the Motion to Modify (ECF No 68) and hereby modifies the conditions of release to this extent: The condition of release's prohibition on the practice of medicine is not construed by the Court to prohibit Parker's access to the PMP to obtain historical data for use in the preparation and presentation of his defense. Specifically, the Court did not intend by its Order Setting Conditions of Release (ECF No. 17) to prohibit Parker from accessing the PMP to obtain information useful in his

own defense.

**ENTERED this 15th day of September 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE