IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                          Case No. 4:19-cr-040018

LONNIE JOSEPH PARKER                                                                     DEFENDANT

**ORDER**

Before the Court is Defendant's Motion to Modify Conditions of Release. ECF No. 86. With this Motion, Defendant moves the Court "to modify the conditions of his pre-trial release as follows: (1) by striking the first sentence[1] of paragraph 7(f) of the Order Setting Additional conditions of Release (ECF No. 17) or otherwise ordering that Dr. Parker be allowed to practice medicine while on pretrial release, and (2) allowing Dr. Parker to apply to the DEA for a certificate of registration, permit, license, or permission to prescribe or dispense controlled substances." *Id.* at 9. The Government has responded to this Motion and objects to this request and argues Defendant not be allowed to practice medicine unsupervised. ECF No. 90.

The Court previously addressed a similar request for a modification and stated at that time that the Court would consider a modification allowing Defendant to practice medicine if Defendant were to practice medicine under the supervision of another physician. *See* ECF No. 55. This Court, however, will not grant Defendant's current request to practice medicine unsupervised. Further, because of the nature of the allegations in the Indictment, the Court will not authorize Defendant to seek "a certificate of registration, permit, license, or permission to prescribe or dispense controlled

---

[1] The provision at issue here is Paragraph 7(s) rather than 7(f) as described by Defendant. ECF No. 17, p. 2. Paragraph 7(s) states: "Defendant shall not engage in practice of medicine while on pretrial release. Defendant shall not prescribe any controlled substances while on pretrial release. Defendant will voluntarily surrender any license or permission to prescribe or dispense controlled substances."

1

substances" from any Federal or state agency.  Accordingly, based upon the foregoing, this Motion (ECF No. 86) is **DENIED**

      **DATED** this **14th day of January 2022.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE