IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                     PLAINTIFF

v.                                          Case No. 4:19-cr-40018

LONNIE JOSEPH PARKER                                                                        DEFENDANT

## ORDER

Before the Court is Defendant Lonnie Joseph Parker's Motion for Court Setting in Order to Exercise Subpoena Power for Trial Preparation. ECF No. 73. The government has not responded, and the time for doing so has passed. *See* W.D. Ark. Local Rule 7.2(b). Therefore, the Court finds that this matter is ripe for consideration.

On November 17, 2021, Defendant filed the instant motion so that he could subpoena records held by third parties that, he argued, contain exculpatory evidence. ECF No. 73. Defendant has indicated to the Court that his motion (ECF No. 73) is now moot. Accordingly, Defendant's Motion for Court Setting in Order to Exercise Subpoena Power for Trial Preparation (ECF No. 73) is hereby **DENIED** as moot.

**IT IS SO ORDERED**, this 31st day of August, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge