IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF


v.                          Case No. 4:19-cr-40018


LONNIE JOSEPH PARKER                                       DEFENDANT

## **ORDER**

Before the Court is the government's Second Motion for Order Authorizing the Clerk of the Court to Issue Subpoena pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure.  ECF No. 137.  The Court finds that the matter is ripe for consideration.

On August 26, 2022, the government filed a motion for an order authorizing the Clerk of the Court to issue a subpoena pursuant to Federal Rule of Criminal Procedure 17(c), which would direct Stephen Walker to produce records pertaining to his treatment of patients at Defendant Lonnie Joseph Parker's clinic.  ECF No. 125.  On August 30, 2022, the Court granted the government's motion.  ECF No. 128.  On September 1, 2022, following a communication from the government in which the government expressed concern that some of the requested records might be privileged, the Court issued a second order in which it directed the government to contact patient N.C.'s personal representative (in accordance with the Crime Victims' Rights Act) and then, if N.C.'s personal representative did not assert the psychotherapist-patient privilege on N.C.'s behalf, permitting the government to serve the requested subpoena on Walker.  ECF No. 132.

The government has represented to the Court that it contacted N.C.'s personal representative prior to attempting to serve Walker and that the personal representative did not assert the psychotherapist-patient privilege on N.C.'s behalf.  The government has further represented to the Court that it then attempted to serve Walker.  However, as explained in the instant motion, the government's efforts to serve Walker were unsuccessful.  ECF No. 137.  The government therefore

asks the Court to issue an order authorizing the Clerk of the Court to issue a second subpoena directing Walker to produce records pertaining to his treatment of patients at Defendant's clinic.  ECF No. 137.

Upon consideration, the Court finds that the government's instant motion (ECF No. 137) should be granted.  The Clerk of the Court is **DIRECTED** to issue the subpoena as requested in the motion (ECF No. 137) and provide such to the government for service.  The subpoena should include the same instructions as those found in ECF No. 129, the August 30, 2022 subpoena.  Further, in accordance with the government's instant motion, the subpoena should direct Walker to return the subpoenaed records to the Court by September 22, 2022.  Finally, in accordance with the Court's September 1, 2022 order (ECF No. 132), the government is again **DIRECTED** to inform the Court as to whether Walker invokes the psychotherapist-patient privilege *prior* to any production of Walker's records.  If Walker invokes the psychotherapist-patient privilege, the Court will allow further briefing from the parties and will consider that briefing before determining whether the privilege bars disclosure of the sought-after records.  *See United States v. Blue*, 340 F. Supp. 3d 862, 865 (D.S.D. 2018).

**IT IS SO ORDERED**, this 15th day of September, 2022.

/s/ Susan O. Hickey          
Susan O. Hickey
Chief United States District Judge