# CURRICULUM VITAE

## MARK A. RUBENSTEIN, M.D., FAAPMR, FAAEM

Address:   4495 Military Trail, Suite 209          Phone: (561) 296-9991
           Jupiter, FL  33458

## EDUCATION

**CHIEF RESIDENCY**
Sinai Hospital – Johns Hopkins University, Baltimore, Maryland
Physical Medicine and Rehabilitation; July, 1992 – June, 1993

**RESIDENCY**
Sinai Hospital – Johns Hopkins University, Baltimore, Maryland
Physical Medicine and Rehabilitation; July, 1990 – June, 1992

**INTERNSHIP**
St. Joseph's Hospital Health Center, Syracuse, New York; July, 1989-June, 1990

**MEDICAL SCHOOL**
State University of New York Health Science Center at Syracuse, M.D., May, 1989

**COLLEGE**
Tulane University School of Engineering,
Major – Biomedical Engineering; B.S.E. *Summa Cum Laude,* May, 1985

## EMPLOYMENT

Mark Rubenstein, M.D., P.A., 10/31/00 - present
Heartland Pain and Rehabilitation, 1999 – 2000
    Offices: West Palm Beach, FL and Jupiter, FL
    Practice: Musculoskeletal Pain, Electrodiagnosis and Rehabilitation Medicine
Gold Coast Orthopedics, 1995-1999
    Office: West Palm Beach, FL
Rehabilitation Medicine Consultants, P.C., 1993-1995
    Offices: Norfolk, VA and Virginia Beach, VA
Hillhaven Holmes Health Care, 1993-1995
    Medical Director, Rehabilitation Services
    Responsible for providing physiatric services to large, sub-acute rehab facility

## BOARD CERTIFICATIONS

Diplomate, American Board of Physical Medicine and Rehabilitation
Subspecialty Certificate in Pain Medicine, American Board of Physical Medicine & Rehab
Diplomate, American Board of Electrodiagnostic Medicine

## MEDICAL LICENSURE

| | |
|---|---|
| Florida | ME 0067700 |
| Maryland | D42615 |
| Virginia | 0101 049634 |

## MEMBERSHIPS

American Academy of Physical Medicine and Rehabilitation
American Medical Association
International Spine Intervention Society
American Association of Neuromuscular and Electrodiagnostic Medicine
American Medical Athletic Association
International Institute for Race Medicine
Palm Beach County Medical Society
Florida Medical Association
Florida Society of Physical Medicine and Rehabilitation
Florida Society of Interventional Pain Physicians (FSIPP)

## APPOINTMENTS - ACADEMIC

Voluntary Assistant Professor of Medicine and Physical Medicine and Rehabilitation, Leonard M. Miller School of Medicine at the University of Miami
Affiliate Assistant Professor of Clinical Biomedical Science in the Charles E. Schmidt College of Science at Florida Atlantic University
Clinical Associate Professor, Dept. of Family Medicine, Nova Southeastern Univ., 1998-2017

## APPOINTMENTS

Florida Attorney General's Opioid Abuse Working Group, 2019
Board of Governors, Florida Medical Association, 2018-
Member, Pain Medicine Committee for Board Certification, ABPMR/ABA, 2017-present
Member, Safety In Opioid Prescribing Committee, American Board of Medical Specialties, 2018
Member, Board of Trustees, Palm Healthcare Foundation, 2008-2017
American Medical Association Delegate, 2007-2017
Chair, Council of Ethics and Judicial Affairs, FMA, 2014-present
Chair, Council on Medical Services and Health Care Delivery Innovation, FMA, 2013-2014
Vice-Chair, Council on Medical Services and Health Care Delivery Innovation, FMA, 2012-13
Council on Medical Economics, Florida Medical Association (FMA), 2011-2013
Council on Legislation, Florida Medical Association (FMA), 2014-present
Reference Committee on Finance and Administration, Florida Medical Association, 2015
Reference Committee on Constitution and By-Laws, American Medical Association, 2013
Reference Committee on Health, Education and Public Policy, Florida Medical Assoc., 2012
Reference Committee on Finance and Administration, Florida Medical Association, 2008
Reference Committee on Medical Economics, Florida Medical Association, 2007, 2010
Co-Chair, Advocacy and Legislation Committee, Palm Beach County Medical Society, 2016
Chairman, By-laws Committee, Palm Beach County Medical Society, 2011
Chairman, Medicolegal Committee, Palm Beach County Medical Society, 2007-2009
Member, Council on Legislation, Palm Beach County Medical Society, 2007-present

2   MARK A. RUBENSTEIN, M.D.

## APPOINTMENTS, cont.

    Member, Ethics Committee, Palm Beach Gardens Medical Center, 2007-present
    Member, Utilization Review Committee, Palm Beach Gardens Medical Center, 2007-present
    President, Palm Beach County Medical Society, 2006
    President-Elect, Palm Beach County Medical Society, 2005
    Vice-President, Florida Society of Physical Medicine & Rehabilitation, 2018-
    Treasurer, Florida Society of Physical Medicine & Rehabilitation, 2016-2017
    Secretary, Florida Society of Physical Medicine & Rehabilitation, 2014-2015
    Member-at-Large, Florida Society of Physical Medicine & Rehab Executive Board, 2004-2014
    First Vice President, Palm Beach County Medical Society, 2004
    Member, Patient Safety Committee, St. Mary's Medical Center, 2004-2012
    Chairman, Membership Committee, Palm Beach County Medical Society, 2004
    Chairman, Board of Censors and Mediation, Palm Beach County Medical Society, 2003
    Florida Medical Association Delegate from Palm Beach County Medical Society, 2002-present
    Treasurer, Palm Beach County Medical Society, 2001-2002
    MEDPAC Board of Directors, Palm Beach County
    Board of Trustees, Palm Beach County Medical Society, 2006-2012, 2014-2016
    Item Writer, American Board of Anesthesiology Pain Medicine Examination, 2007-present
    Oral Board Examiner, American Board of Physical Medicine & Rehabilitation, 2002-present
    Item Writer, Part I Exam, American Board of Physical Medicine & Rehabilitation
    Chairman, Finance Committee, Palm Beach County Medical Society, 2002
    Editor, <u>ON</u> CALL, The Journal of the Palm Beach County Medical Society, 2000-2001
    Chairman, Public Relations Committee, Palm Beach County Medical Society, 1999-2000
    Board of Directors, Palm Beach County Medical Society, 1999-2013, 2015-2016
    Expert Medical Advisor, Florida Workers' Compensation System, 1997-present
    Section Chief, Division of Rehabilitation Medicine, St. Mary's Hospital, 1998-2006
    Section Chief, Division of Rehabilitation Medicine, Good Samaritan Med. Center, 1998-present
    Medical Director, CARF Accredited Multidisciplinary Pain Program, Jupiter, FL, 1999-2000
    Reviewer, <u>Archives of Physical Medicine & Rehabilitation</u>, 1998-present
    Fellow, American Academy of Physical Medicine & Rehabilitation
    Fellow, American Association of Electrodiagnostic Medicine
    Diplomate, Association of Academic Physiatrists
    Diplomate, American Academy of Pain Management
    Active Staff, St. Mary's Medical Center, West Palm Beach, FL
    Active Staff, Good Samaritan Medical Center, West Palm Beach, FL
    Consulting Staff, Palm Beach Gardens Medical Center
    Active Staff, Jupiter Medical Center
    Member, Secondary School Athletic Committee, Palm Beach County Medical Society
    Clinic Advisor, American Running Association, 1995-2017
    Medical Director, Out-patient Pain Program for TENET, WPB, FL, 1998-1999
    Member, Young Physiatrists Committee, AAPMR, 1995-1998
    Medical Director, Trauma Rehabilitation Service, Virginia Beach General Hospital, 1993-1995
    Assoc. Medical Director, SPINEWORKS Occupational Rehabilitation Program,
        Virginia Beach, VA, 1993-1995
    Assoc. Medical Director, DePaul Hospital Rehabilitation Service, Norfolk, VA 1993-1995
    Assistant Team Physician, Norfolk State University, 1994 –1995
    Active Staff, DePaul Hospital, Norfolk, VA, 1993-1995
    Active Staff, Virginia Beach General Hospital, Virginia Beach, VA, 1993-1995
    Active Staff, Sentara Norfolk General/Sentara Leigh Hospitals, Norfolk, VA, 1994-1995
    Member, Patient Care Committee, DePaul Hospital, 1994-1995

## RESEARCH AND PUBLICATIONS

"The Physiatrist and Chronic Pain."  M. Rubenstein, M.D., and S. Krost, M.D.,
    On Call, June/July 2000.
"Botulinum Toxin for Musculoskeletal Pain."  M. Rubenstein, M.D., On Call (The Journal of the
    Palm Beach County Medical Society), June/July 2000.
"Transdermal Delivery of Compounded Medications for Musculoskeletal Injuries."
    Mae Yahara, MS, P.T., ATC, Scott Snyder, R.Ph, M. Rubenstein, M.D.,
    American Congress of Rehabilitation Medicine, 1999.
"Topical Analgesics for Regional Pain Syndromes."  M. Rubenstein, M.D., Scott Snyder,
    R.Ph., American Academy of Physical Medicine & Rehabilitation National
    Assembly, Washington, DC, 1999.
"Heterotopic Ossification:  An Acute Complication 14 Years after Spinal Cord Injury."
    M.A. Rubenstein, M.D., K. Silver, M.D., J. Johnston, M.D., Presented at American
    Academy of Physical Medicine & Rehabilitation National Assembly, San
    Francisco, CA in 11/92.
"Anatomy and Function of the Carpal Ligaments," with Frederick Werner, M.S.E.,
    and Andrew Palmer, M.D.; 1986-1988.
"Comparison of Postural Maneuvers to Relieve Lumbar Muscle Tension."  Senior Honors
    Thesis, Tulane University, 1985.
"Effects of Total Body Inversion on the Lumbar Spine."  M.A. Rubenstein, M.D., L.A. Runge,
    M.D., and E.M. Levinsohn, M.D., Clinical Research, 1983.

## PRESENTATIONS

"Alternatives to Opioid Prescribing:  How Did We Get Here?"
    Palm Beach County Opioid Summit, Palm Beach Atl Univ, November, 2019.
"The Physician and Workers' Compensation:  Florida Rules and Regulations."
    U of Miami Dept of Physical Medicine & Rehabilitation, November, 2019.
"The Opioid Crisis:  History and Current Legislation."
    U of Miami Dept of Physical Medicine & Rehabilitation, November, 2019.
"Controlled Substance Prescribing:  State and Federal Rules."
    2 hour mandatory CME, Opioid CME Educational Forum, PBCMS/FMA, Dec, 2018.
"How Did We Get Here?  Etiologies of the Opioid Crisis."
    Opioid CME Educational Forum for Physicians, PBCMS/FMA, Dec., 2018.
"The Impact of Pain, Opiates, and Depression on our Community."
    Palm Beach North Chamber of Commerce Community Forum, April, 2018.
"Update on the Opioid Crisis."
    U of Miami Dept of Physical Medicine & Rehabilitation, Miami, FL, March, 2018.
"Workers' Compensation:  What the Physician Needs to Know."
    U of Miami Dept of Physical Medicine & Rehabilitation, Miami, FL, March, 2018.
"Federal and State Rules for Controlled Substance Prescribing."
    Jupiter Medical Center CME Seminar, November, 2017.
"The Opioid Crisis:  What Should Physicians Do?"
    PBCMS Town Hall Meeting, Atlantis, FL, May, 2017.
"Fibromyalgia:  Disorder?  Disease?  Syndrome?  Trauma relationship?"
    JFK North Medical Center, Physician Didactic Program, April, 2017.

**PRESENTATIONS, cont.**

"Complex Regional Pain Syndrome."
    JFK North Medical Center, Physician Didactic Program, March, 2017.
"Childhood Obesity."
    JFK North Medical Center, Physician Didactic Program, February, 2017.
"Federal and State Rules and Regulations for Controlled Substance Prescribing."
    JFK Medical Center CME Seminar, January, 2017 (also 12/17).
"Sprains, Strains, and Sports Injuries."
    JFK North Medical Center Physician Didactic Program, January, 2017.
"Symptom Magnification and Malingering."
    JFK North Medical Center, Physician Didactic Program, December, 2016.
"Concussions:  Diagnosis and Treatment."
    JFK North Medical Center, Physician Didactic Program, November, 2016.
"Medical Marijuana:  Legislation, Rules, and Regulations."
    JFK North Medical Center, Physician Didactic Program, October, 2016.
"Prescription Drug Abuse."
    JFK North Medical Center, Physician Didactic Program, September, 2016.
"Neurological Assessment of the Patient."
    JFK North Medical Center, Physician Didactic Program, August, 2016.
"Physician Leadership."
    Palm Beach Consortium for GME, Breaker's West, WPB, FL, June, 2016.
"History of Medical Marijuana."
    West Palm Beach Hospital Didactic Program, May, 2016.
"Workers' Compensation:  Provider's Responsibilities."
    University of Miami PM&R Residents, May, 2016.
"Medical Marijuana:  Therapeutic Uses."
    West Palm Beach Hospital Didactic Program, April, 2016.
"Fibromyalgia vs. Rheumatoid Arthritis."
    West Palm Beach Hospital Didactic Program, December, 2015.
"Concussion in Sports."
    West Palm Beach Hospital Didactic Program, October, 2015.
"Complex Regional Pain Syndrome."
    West Palm Beach Hospital Didactic Program, September, 2015.
"Prescription Drug Abuse and Access:  From Physicians to Pharmacists."
    West Palm Beach Hospital Didactic Program, August, 2015.
"Medical Marijuana:  Florida Legislation and Statutes."
    Florida Medical Association Annual Meeting, Orlando, FL, July, 2015.
"Comprehensive Neurologic Examination."
    West Palm Beach Hospital Didactic Program, July, 2015.
"Fibromyalgia."
    West Palm Beach Hospital Didactic Program, June, 2015.
"Prescription Drug Use:  Issues from Abuse to Access."
    American Society of Interventional Pain Physicians Annual Meeting, Orlando, FL,
     April 2015
"Falls:  Etiology and Treatment."
    West Palm Beach Hospital Didactic Program, March, 2015.
"Foot Drop."
    West Palm Beach Hospital Didactic Program, February, 2015.
"Workers' Compensation:  Complicated cases."
    Miller School of Medicine, University of Miami, November, 2014.

**PRESENTATIONS, cont.**

"Low Back Pain: Diagnosis and Treatment paradigms."
  West Palm Beach Hospital Didactic Program, November, 2014.
'OPIOID REMS." "Prescription Drug Abuse: Problem Providers."
  Florida Medical Association CME Program, Miami, FL, October, 2014.
"Sprains and Strains."
  West Palm Beach Hospital Didactic Program, October, 2014.
"How to Perform a Neurologic Examination."
  West Palm Beach Hospital Didactic Program, August, 2014.
"Childhood Obesity."
  West Palm Beach Hospital Didactic Program, June, 2014.
"Electromyography and nerve conduction studies: a primer for primary care."
  West Palm Beach Hospital Didactic Program, May, 2014.
"Prescription Drug Abuse in Florida: Problem Providers and Problem Patients."
  Florida Society of Interventional Pain Physicians, Orlando, FL, May, 2014.
"Malingering and Symptom Magnification."
  West Palm Beach Hospital Didactic Program, April, 2014.
"Low Back Pain."
  West Palm Beach Hospital Didactic Program, Jan, 2014.
"Sports Concussions."
  West Palm Beach Hospital Didactic Program, November, 2013.
"ER/LA Opioid REMS: Achieving Safe Use While Improving Patient Care."
  Collaboration for REMS Education (CO*RE), Orlando, FL, October, 2013.
"Prescription Drug Abuse in Florida: Where Are We Now?"
  Common Sense Pain Management Seminar, Florida Medical Assoc., October, 2013.
"Prescription Drug Abuse: Problem Providers and Clinics."
  West Palm Beach Hospital Didactic Program, October, 2013.
"Neuromuscular Disorders and Physical Exam."
  West Palm Beach Hospital Didactic Program, July, 2013.
"Fibromyalgia."
  West Palm Beach Hospital Didactic Program, April, 2013.
"Electrodiagnostic testing."
  West Palm Beach Hospital Didactic Program, March, 2013.
"Complex Regional Pain Syndrome: Diagnosis and Treatment."
  West Palm Beach Hospital Didactic Program, February, 2013.
"Physiatrist in Private Practice."
  Miller School of Medicine, University of Miami, January, 2013.
"Sprains and Strains: Musculoskeletal Injuries and Treatment."
  West Palm Beach Hospital Didactic Program, January, 2013.
"Traumatic Brain Injury."
  West Palm Beach Hospital Didactic Program, December, 2012.
"Non-organic Pain and Malingering."
  West Palm Beach Hospital Didactic Program, November, 2012.
"Prescription Drug Abuse: Problem Providers and Clinics."
  American Academy of Physical Medicine & Rehabilitation Annual Assembly,
   Atlanta, GA, November, 2012.
"Sports Concussions."
  West Palm Beach Hospital Didactic Program, October, 2012.
"Pill Mills and Drug Diversion in Florida."
  West Palm Beach Hospital Didactic Program, September, 2012.

**PRESENTATIONS, cont**.

"Neurologic Examination."
    West Palm Beach Hospital Didactic Program, July, 2012.
"Malingering and Symptom Magnification."
    Columbia Hospital Physician Didactic Program, May, 2012.
"Evaluation and Management of Lumbar Disc Disorders."
    Columbia Hospital Physician Didactic Program, April, 2012.
"Childhood Obesity."
    Columbia Hospital Physician Didactic Program, March, 2012.
"Gait: Biomechanics and Analysis."
    Columbia Hospital Physician Didactic Program, February, 2012.
"Complex Regional Pain Syndrome."
    Columbia Hospital Physician Didactic Program, January, 2012.
"Occupational Injuries: Evaluation and treatment."
    Columbia Hospital Physician Didactic Program, December, 2011.
"Management of Workers' Compensation Injuries."
    Miller School of Medicine, U. of Miami, Dept of Rehab, October, 2011.
"Malingering and Symptom Magnification."
    Miller School of Medicine, U. of Miami, Dept of Rehab, October, 2011.
"Low Back Pain: Evaluation and Treatment."
    Columbia Hospital Physician Didactic Program, October, 2011.
"Sports Concussions."
    Florida Academy of Pain Medicine, August, 2011.
"Stroke."
    Columbia Hospital Physician Didactic Program, August, 2011.
"Evaluation of the Head Injured Patient."
    Columbia Hospital Physician Didactic Program, July, 2011.
"Caring for a Child in an Unhealthy World."
    Community Lecture, Jupiter, FL, January, 2011.
"Complex Regional Pain Syndrome."
    Columbia Hospital Physician Didactic Program, November, 2010.
"Low Back Pain."
    Columbia Hospital Physician Didactic Program, September, 2010.
"The Musculoskeletal Physical Examination."
    Columbia Hospital Physician Didactic Program, August, 2010.
"The Neurologic Examination."
    Columbia Hospital Physician Didactic Program, July, 2010.
"Workers' Compensation Injuries from a Provider's Perspective."
    Columbia Hospital Physician Didactic Program, June, 2010.
"Workers' Compensation in 2010."
    Miller School of Medicine, U. of Miami, Dept. of Rehab, May 2010.
"Biomechanics and Analysis of Gait."
    Columbia Hospital Physician Didactic Program, May, 2010.
"Childhood Obesity – a physician's perspective."
    Columbia Hospital Physician Didactic Program, April, 2010.
"Board Exam Preparation."
    Columbia Hospital Physician Didactic Program, March, 2010.
"Childhood Obesity."
    Atlantic High School, Delray Beach, FL, February, 2010.

**PRESENTATIONS, cont.**

"The Hip:  Examination and Differential Diagnosis"
> Columbia Hospital Physician Didactic Program, January, 2010.

"Lumbar Radiculopathy."
> Columbia Hospital Physician Didactic Program, November, 2009.

"Low Back Pain:  Evaluation and Management."
> Columbia Hospital Physician Didactic Program, October, 2009.

"Traumatic Brain Injuries."
> Columbia Hospital Physician Didactic Program, August, 2009.

"Worker's Compensation:  A Provider's Perspective."
> Miller School of Medicine, U of Miami, Dept of Rehab, July, 2009.

"Comprehensive Neurologic Evaluation."
> Columbia Hospital Physician Didactic Program, July, 2009.

"Fibromyalgia."
> Columbia Hospital Physician Didactic Program, June, 2009.

"EMG for the primary care physician."
> Columbia Hospital Physician Didactic Program, May, 2009.

"Mild Traumatic Brain Injury."
> Columbia Hospital Physician Didactic Program, March, 2009.

"Office Management of Sprains and Strains."
> Columbia Hospital Physician Didactic Program, January, 2009.

"Childhood Obesity."
> Columbia Hospital Physician Didactic Program, December, 2008.

"Stroke Rehabilitation."
> Columbia Hospital Physician Didactic Program, September, 2008.

"The Physiatrist in Private Practice."
> Univ. of Miami Dept. of Rehabilitation Medicine Resident's Lecture, Sept, 2008.

"The Mental Status Exam and Cranial Nerve Testing."
> Columbia Hospital Physician Didactic Program, August, 2008.

"Assessment of the Head Injured Patient."
> Columbia Hospital Physician Didactic Program, July, 2008.

"Foot Drop."   Also "Compartment Syndrome."
> Columbia Hospital Physician Didactic Program, April, 2008.

"Avascular necrosis:  Post-traumatic, idiopathic, and steroid induced."
> Columbia Hospital Physician Didactic Program, March, 2008.

"Neurogenic vs. Vascular Thoracic Outlet Syndrome."
> Columbia Hospital Physician Didactic Program, February, 2008.

"Brachial Plexopathy."
> Columbia Hospital Physician Didactic Program, November, 2007.

"Fibromyalgia:  Evidence based medicine; Myth vs. Reality."
> Columbia Hospital Physician Didactic Program, October, 2007.

"Reflex Sympathetic Dystrophy/Complex Regional Pain Syndrome:  Therapy."
> Columbia Hospital Physician Didactic Program, September, 2007.

"Complex Regional Pain Syndrome:  Evidenced Based Diagnostic Criteria."
> Columbia Hospital Physician Didactic Program, August, 2007.

"Controlled Substance Prescriptions:  Medico-legal Regulations and Guidelines."
> Columbia Hospital Physician Didactic Program, July, 2007.

"Migraine Headaches:  Diagnosis and Evidenced Based Treatment."
> Columbia Hospital Physician Didactic Program, May, 2007.

**PRESENTATIONS, cont**.

"Spasticity and Upper Motor Neuron Syndromes."
: Columbia Hospital Physician Didactic Program, April, 2007.

"The Science of Board Examinations."
: Columbia Hospital Physician Didactic Program, March, 2007.

"Biomechanics of Gait with Gait Analysis."
: Columbia Hospital Physician Didactic Program, February, 2007.

"Avascular necrosis and Steroid Risks."
: Columbia Hospital Physician Didactic Program, January, 2007.

"Opioid Prescriptions:  Facts, fallacies, and regulations."
: Columbia Hospital Physician Didactic Program, December, 2006.

"Polymyalgia Rheumatica and other inflammatory spondyloarthropathies."
: Columbia Hospital Physician Didactic Program, October, 2006.

"Low Back Pain:  Etiology and Management."
: Columbia Hospital Physician Didactic Program, September, 2006.

"Myofascial Pain Syndromes."
: Columbia Hospital Physician Didactic Program, August 2006.

"Falls:  Etiology and Treatment."
: Columbia Hospital Physician Didactic Program, July 2006.

"Brachial Plexus Injuries."
: Columbia Hospital Physician Didactic Program, May 2006.

"Challenges & Choices:  Medical, Legal and Jewish Perspectives on End-of-Life Issues."
: Palm Beach Community College, Palm Beach Gardens, FL, April 2006.

"Lumbar Disk Disease:  Pathophysiology and Clinical Disorders."
: Columbia Hospital Physician Didactic Program, April 2006.

"Medicine in the Year 2006."
: Florida Atlantic University Health Administration Class, Jupiter, FL, March 2006.

"Children and Chronic Illnesses:  Meeting the Needs."
: Lupus Foundation of America, Southeast Florida Chapter, Boynton Bch, FL, Feb 2006.

"Pain Management for Cancer survivors:  The Back."
: Palm Isles Cancer Research, Boynton Beach, FL, February 2006.

"Carpal Tunnel Syndrome."
: Columbia Hospital Physician Didactic Program, January 2006.

"Electrodiagnostic Studies."
: Columbia Hospital Physician Didactic Program, December 2005.

"The Cranial Nerves."
: Columbia Hospital Physician Didactic Program, November 2005.

"The Neurologic Examination."
: Columbia Hospital Physician Didactic Program, September 2005.

"Evaluation of the Syncopal Patient."
: Columbia Hospital Physician Didactic Program, August 2005.

"Arthrocentesis of the shoulder and knee joints."
: Columbia Hospital Physician Didactic Program, June 2005.

"Botulinum Toxin:  Spasticity Indications and other uses."
: Good Samaritan Medical Center, West Palm Beach, FL, May 2005.

"The Brachial Plexus:  Anatomy and Plexopathies."
: Columbia Hospital Physician Didactic Program, May 2005.

"The Sports Physical."
: Columbia Hospital Physician Didactic Program, April 2005.

**PRESENTATIONS, cont**.

"Thoracic Outlet Syndrome."
    Columbia Hospital Physician Didactic Program, March 2005.
"Fibromyalgia, Arthritis, and Chronic Fatigue Syndrome."
    Columbia Hospital Physician Didactic Program, February 2005.
"Oh My Aching Back!"
    Community-wide lecture, Arthritis Foundation, West Palm Beach, January 2005.
"Botulinum Toxin:  Therapeutic Applications"
    Columbia Hospital Physician Didactic Program, January 2005.
"Malingering and Symptom Magnification."
    Columbia Hospital Physician Didactic Program, December 2004.
"Opioid Management for Acute and Chronic Pain."
    Columbia Hospital Physician Didactic Program, November 2004.
"Guidelines for Prescription Writing."
    Columbia Hospital Physician Didactic Program, October 2004.
"Complex Regional Pain Syndrome:  Diagnosis and Treatment."
    Columbia Hospital Physician Didactic Program, September 2004.
"The Neurologic Examination."
    Columbia Hospital Physician Didactic Program, August 2004.
"Assessment of the Fall Patient."
    Columbia Hospital Physician Didactic Program, July 2004.
"Diabetic peripheral polyneuropathy:  Electrodiagnostic indications."
    Columbia Hospital Physician Didactic Program, January 2004.
"Carpal Tunnel Syndrome."
    Columbia Hospital Physician Didactic Program, March 2004.
"Electrodiagnostic Testing:  Indications and Interpretation."
    Fort Lauderdale, FL, December 2003.
"Botulinum Toxin for Spasticity Management."
    Jupiter Hospital Continuing Education Program, Jupiter, FL, December 2003.
"Electrodiagnosis for primary care physicians."
    Columbia Hospital Physician Didactic Program, December 2003.
"NSAIDs:  Cox-2 myths and realities."
    Physician lecture, West Palm Beach, FL, November 2003.
"Gait Assessment."
    Columbia Hospital Didactic Program, November 2003.
"Botulinum Toxin: A safe and efficacious pain management option."
    Physician lecture, West Palm Beach, FL, September 2003.
"The Neurological Examination."
    Columbia Hospital Physician Didactic Program, September 2003.
"The Athletic Pre-participation Examination."
    Columbia Hospital Physician Didactic Program, August 2003.
"Botulinum Toxin for Pain Management."
    Community Lecture at Palm Beach Gardens Medical Center, July 2003.
"Prescription writing:  ethical and legal guidelines."
    Columbia Hospital Physician Didactic Program, July 2003.
"New Technologies:  BOTOX use in Pain Management."
    Lumberman's Insurance Company, Boca Raton, FL, May 2003.
"Peripheral Joint Injections."
    Columbia Hospital Physician Didactic Program, May 2003.

**PRESENTATIONS, cont.**

"Botulinum Toxin for treatment of focal and cervical dystonia."
    Columbia Hospital Physician Didactic Program, April 2003.
"Implementing the Guidelines."
    Physician lecture, Palm Beach Gardens, FL, February 2003.
"Optimizing Pain Management."
    Physician lecture, Stuart, FL, February 2003.
"Thoracic Outlet Syndrome."
    Columbia Hospital Physician Didactic Program, January, 2003.
"Non-organic Pain Behavior: Recognizing the Symptom Magnifier or Malingerer."
    Columbia Hospital Physician Didactic Program, December, 2002.
"Living With Back Pain."
    The Arthritis Foundation, West Palm Beach, FL, October, 2002.
"Avascular Necrosis."
    Columbia Hospital Physician Didactic Program, October, 2002.
"Gait:  Biomechanics and Analysis."
    Columbia Hospital Physician Didactic Program, September, 2002.
"A Career in Medicine - Challenges for 2002."
    Florida Atlantic University, Health Administration Students, July, 2002.
"The Neurologic Exam."
    Columbia Hospital Physician Didactic Program, July, 2002.
"Groin Pain."
    Columbia Hospital Physician Didactic Program, June, 2002.
"Joint Injections for Primary Care Physicians."
    Columbia Hospital Physician Didactic Program, May, 2002.
"Fibromyalgia for Primary Care Physicians."
    Columbia Hospital Physician Didactic Program, April, 2002.
"Cervical Myelopathy."
    Columbia Hospital Physician Didactic Program, March, 2002.
"Multiple Sclerosis."
    Columbia Hospital Physician Didactic Program, February, 2002.
"Dementia and Delirium."
    Columbia Hospital Physician Didactic Program, January, 2002.
"Complex Regional Pain Syndrome for Primary Care Practitioners."
    Columbia Hospital Physician Didactic Program, December, 2001.
"Sprains and Strains."
    Columbia Hospital Physician Didactic Program, November, 2001.
"Back Pain - Evaluation and Treatment."
    Columbia Hospital Physician Didactic Program, October, 2001.
"Pain Management."
    Columbia Hospital Physician Didactic Program, September, 2001.
"The Neurologic Examination."
    Columbia Hospital Physician Didactic Program, August, 2001.
"The Physician as a Profession - Training, Licensure, Challenges, etc."
    Florida Atlantic University Health Administration, July, 2001.
"They've Fallen and They Can't Get Up."
    Columbia Hospital Physician Didactic Program, July, 2001.
"RSD in the Year 2000."
    GENEX Services, Inc., Coral Springs, FL, November, 2000.

**PRESENTATIONS, cont.**

    "Botulinum Toxin Use in Pain Management."
        BerkeleyCare Annual Training Seminar, Boynton Beach, FL, October, 2000.
    "The Medical Profession in Year 2000."
        Florida Atlantic University Health Professional Class, Jupiter, FL, July, 2000.
    "Living With Back Pain."
        Health Check 2000, International Pavilion, West Palm Beach, FL, May, 2000.
    "IME's – Getting What you Asked For."
        Florida Occupational Health Conference, Palm Beach Gardens, FL, October, 1999.
    "The Neurogenic Bladder."
        Greenwood Rehabilitation Center, West Palm Beach, FL, June, 1998.
    "Stretching and Flexibility Training." Fifth Annual Meeting of PASSOR,
        American Academy of PM&R, Atlanta, GA, November, 1997.
    "The Independent Medical Examination." Palm Beach County Occupational Health Nurse
        Organization, West Palm Beach, FL, September, 1997.
    "Reflex Sympathetic Dystrophy."
        Palm Beach County Hand Society, Palm Beach Gardens, FL, June, 1997.
    "Evaluation of Back Pain."
        Memorial Hospital, Worcester, MA, June, 1997.
    "Understanding Back Pain."
        PGA National Health and Racquet Club, Palm Beach Gardens, FL, April, 1997.
    "Tennis Injuries."
        PGA National Health and Racquet Club, Palm Beach Gardens, FL, November, 1996.
    "Reflex Sympathetic Dystrophy - Diagnosis and Therapeutic Challenges."
        Good Samaritan Medical Center, West Palm Beach, FL, 1996.
    "Reflex Sympathetic Dystrophy – Case Management Considerations."
        Palm Beach County Case Manager's Association, West Palm Beach, FL, February, 1996.

Additional presentations from 1990-1995 (Thirty-One Presentations) available on request.

**ACTIVITIES AND ORGANIZATIONS**

    COLLEGE

        Tulane University Center Programming Board
        Association of College Unions International, Tulane University Chairman, 1983-85
        Community Action Council of Tulane University Students
        Chairman, Intramural Sports Council of Tulane University
        Zeta Beta Tau Fraternity
        Biomedical Engineering Society
        Media Board of Tulane University
        Student Admissions Committee – school representative
        Chairman, Direction '85 (national speakers' symposium at Tulane)

    CIVIC

        Board of Trustees, Palm Healthcare Foundation, 2008-2017
        Advisory Board, Keiser University, 2010-present
        Board of Directors, Seagull Industries for the Disabled, Inc., 1998-2000
        Board of Directors, Rebekah's House, 1999-2000
        Physician for the World-Wide Maccabiah Youth Games, Baltimore, MD, August, 1992
        Tulane University Alumni Admissions Committee
        Management Team of Business and Professional Div, Palm Beach Jewish Federation
        Board Member, Young Leadership Division of Palm Beach Jewish Federation, 1996-99
        Cabinet Member, New Leadership Division of State of Israel Bonds, Palm Beach
        Cystic Fibrosis Tennis Ball Committee, Virginia Chapter, 1994-95

**AWARDS AND HONORS**

    Excellence in Medicine, 2017, from Palm Beach County Medical Society
    Castle Connolly Top Physician (yearly)
    The Leading Physicians of the World
    CHOICE Medical Award, 2006 for Top Non-Surgical Specialist Physician Provider in the State of Florida
    CHOICE Medical Award, 2005 for Top Workers' Compensation Physician Provider, State of Florida
    Special Service Award; 2002 Pro Bono Award from The Legal Aid Society of Palm Beach County
    Physician's Recognition Award in Continuing Medical Education with Commendation for Self Directed Learning, American Medical Association, Dec 2000-Dec 2012
    Honored Member, Strathmore's Who's Who, Milennium Edition, 2000-2001
    Who's Who in Medicine and Healthcare
    Who's Who of American Colleges and Universities, 1983
    Phi Eta Sigma (Freshman Honor Society)
    Alpha Epsilon Delta Honor Society
    Alpha Eta Mu Beta (National Biomedical Engineering Society)
    Tau Beta Pi (National Engineering Honor Society)
    Omicron Delta Kappa (National Leadership Honor Society)
    Beta Beta Beta Biological Honor Society
    Sigma Xi Research Society-awarded research grant through competition for thesis funding
    Most Outstanding Junior Student in Engineering, 1984
    Outstanding Academic Achievement Award for Highest GPA in the Engineering Class of 1985, Tulane University

**ATHLETICS**

    National Collegiate Table Tennis Championships, 1982, 1983
    Member, United States Table Tennis Team, Maccabiah Games, Mexico City, 1979

Rev:  11/19