## *Curriculum Vitae*

### Robert Bruce Palmer, Ph.D., DABAT, FAACT

*Toxicology Associates, Prof. LLC*
*26 West Dry Creek Circle, Suite 325*
*Littleton, CO  80120*
Phone:  (720) 477-2500    FAX: (720) 598-0409   Email:  RPalmer@Toxicologyassoc.com

*Undergraduate & Graduate Education*

| | | | | |
|---|---|---|---|---|
| **University of Idaho** | Moscow, ID | | B.S. | 1990 |

*Major:*  Chemistry (Professional Option)
*Minor:*  Music Performance

**University of Washington**   Seattle, WA   M.S.   1991
*Major:*  Organic/Medicinal Chemistry
*Mentor:* Niels H. Andersen, Ph.D.

**University of Washington**   Seattle, WA   Ph.D.   1994
*Major:*  Organic/Medicinal Chemistry
*Mentor:* Niels H. Andersen, Ph.D.

**Aims Community College**   Greeley, CO   A.A.S.   2010
*Program:*  Aviation Technology

*Postdoctoral Training*

**University of Washington**   Seattle, WA   NIDA Postdoctoral Fellowship   10/94 – 9/96
Dept. of Medicinal Chemistry
*Mentor:*  Wendel L. Nelson, Ph.D.

**Rocky Mtn. Poison & Drug Center**   Denver, CO   Clinical Toxicology Fellowship   7/01 – 6/02
Medical Toxicology Service
*Mentor:* Richard C. Dart, M.D., Ph.D.

*Professional Experience*

**University of Washington**   Seattle, WA
  Graduate Teaching / Research Assistant (Organic Chemistry)   9/90 – 9/94
  Postdoctoral Research Associate / NIDA Fellowship (Medicinal Chemistry)   10/94 – 9/96

**University of New Mexico**   Albuquerque, NM
  Assistant Professor (Medicinal Chemistry/Toxicology)   9/96 – 3/00
  Faculty / Consultant (New Mexico Poison Center)   10/96 – 3/00
  ALS Faculty (Adjunct), Emergency Medical Services Academy   10/96 – 3/00
  Assistant Professor (Joint) (Pathology – School of Medicine)   5/98 – 3/00
  Forensic Toxicology Consultant, NM Office of the Medical Investigator   10/96 – 3/00

**Rocky Mountain Poison & Drug Center**   Denver, CO
  Faculty / Consultant, Medical Toxicology Division   4/00 – Present
  Project Manager, Consulting & Research Division   9/02 – 6/03
  Attending Clinical Toxicologist, Medical Toxicology Division   6/04 – Present

**Toxicology Associates, Prof LLC**   Denver, CO
  Toxicologist (Private Practice)   7/03 – 12/06
  Partner   1/07 - Present

**University of Wyoming**   Laramie, WY
  Assistant Professor (adjunct) Clinical Tox & Pharmaceutical Sciences   8/00 – 9/03
  Associate Professor (adjunct) Clinical Tox & Pharmaceutical Sciences   9/03 – Present

*Document Date:  June 11, 2019*

*Robert B. Palmer*

**University of Northern Colorado**      Greeley, CO
     Lecturer, Dept. of Chemistry & Biochemistry      8/00 – 5/01
     Lecturer (adjunct), Dept. of Chemistry & Biochemistry      6/01 – Present

*Active Academic Appointments*
     **Aims Community College, Emergency Medical Services Program**      Greeley, CO
         Instructor (adjunct)      6/00 – Present
     **University of Wyoming, School of Pharmacy**      Laramie, WY
         Assistant Professor (adjunct) Clinical Tox & Pharmaceutical Sciences      8/00 – 9/03
         Associate Professor (adjunct) Clinical Tox & Pharmaceutical Sciences      9/03 – Present
     **University of Northern Colorado, Dept. of Chemistry & Biochemistry** Greeley, CO
         Lecturer (adjunct)      6/01 – Present
     **University of Colorado, School of Medicine, Dept. of Surgery,**      Denver, CO
         Senior Instructor (adjunct), Toxicology Section, Division of Emerg. Med.      3/03 – 12/03
         Asst Clinical Professor (adjunct), Toxicology Section, Division of Emerg. Med.      12/03 – Present

*Additional Professional Experience*
     **Shepard Ambulance**      Seattle, WA
         Emergency Medical Technician (Mobile Critical Care)      6/90 – 9/96
     **Shoreline Community College**      Seattle, WA
         Chemistry Instructor (General & Organic Chemistry) (part-time)      9/93 – 3/96
     **Seattle Police Department**      Seattle, WA
         Technical Adviser (Narcotics / Clandestine Lab Section)      6/95 – 9/96
     **Lifeguard Air Emergency Service**      Albuquerque, NM
         Flight Paramedic (UNM Hospital) (per diem)      9/98 – 4/00
     **Micromedex**      Englewood, CO
         Member, Editorial Board, POISINDEX & TOMES      4/00 – Present
     **Thompson Valley EMS**      Loveland, CO
         Paramedic (per diem)      5/00 – Present
     **Poudre Valley EMS**      Fort Collins, CO
         Paramedic (per diem)      5/05 – 5/06
     **Estes Park Medical Center Ambulance**      Estes Park, CO
         Paramedic (per diem)      3/17 – 1/19

*Professional Certifications / Licensures / Registries*
     Diplomate American Board of Applied Toxicology (Board Certification in Clinical Toxicology) (# 0314) (Sept, 2002)
         DABAT Recertified, 2007, 2012, 2017
     American Heart Association (ACLS and PALS Provider)
     Advanced HazMat Life Support (AHLS) Provider / Instructor (March, 2005 – Present)
     Registered Paramedic (National Registry #: M0898036; Colorado State Certification #: 1333)
     Certified Clandestine Drug Lab Response Technician (WAC 296-62-E,H,M,P; Not Current)
     Licensed Commercial Pilot (Single-Eng. Land & Sea; Instrument; Multi-Eng. Land & Sea; Glider) (Lic#: 3035365)
     FAA Certificated Flight Instructor (Airplane Single- & Multi-Engine, Instrument Airplane)
     FAA Certificated Ground Instructor (Advanced and Instrument)

*Professional Committee Service*
     Symposium Organizer / Moderator, Update in Forensic Toxicology – NACCT Annual Meeting (2004 – 2013)
     American Board of Applied Toxicology, Strategic Planning Committee (2005)
     American Board of Applied Toxicology, Certification Exam Writing Committee (2005 – 2013)
     American Board of Applied Toxicology, Elected Board of Directors (2006 – 2013)
     Advanced HazMat Life Support, Regional Director (AHLS Region 8 – MT, WY, UT, CO) (2006 – Present)
     American Board of Applied Toxicology, Chair, Scientific Affairs Committee (2007 – 2010)
     Pediatric Cough/Cold Medication Surveillance Team Panel Member (CHPA) (2007 – Present)
     American College of Medical Toxicology, Meth Labs Working Group, Associate Director (2007 – 2013)
     American Academy of Clinical Toxicology, Elected Board of Trustees (2008 – 2010; 2011 – 2014)
     American Academy of Clinical Toxicology, Fellowship Committee (2009 – 2013; as Chair, 2014)
     American Academy of Clinical Toxicology, Ethics Committee Co-Chair (2010 – 2013)
     American Academy of Clinical Toxicology, President-Elect (2014 – 2016)
     American Academy of Clinical Toxicology, President (2016 – 2018)
     North American Congress of Clinical Toxicology Abstract Reviewer (2010 - 2014)

*Robert B. Palmer*

      Question Author for Osteopathic Medical Toxicology Board Exam (2010)
      National Poison Data System Fatality Review Team (2009 – 2013)
      American Academy of Clinical Toxicology, Chair NACCT Organizing Cmte. (NACCT 2015, NACCT 2016)
      American Association of Poison Control Centers Scientific Review Committee (2011 – Present)
      European Assn of Poisons Centres and Clinical Tox Abstract Reviewer (2014 – 2019)
      European Assn of Poisons Centres and Clinical Tox Scientific Content Committee (2015, 2017)

*Professional Organization Memberships / Certifications*
      American Chemical Society (Organic and Medicinal Divisions; Member #: 01657912)
      American Academy of Forensic Sciences (Associate Member, Toxicology; Member #: 92785)
      Society of Forensic Toxicologists (Associate Member #:1438)
      American Academy of Clinical Toxicology
      American Board of Applied Toxicology
      International Aerobatic Club (Member #: 432450)
      National Association of Flight Instructors (Designated Professional Flight Instructor)

*Honors / Awards*

| | |
|---|---|
| Nominated to $A\Lambda\Delta$ and $\Phi H \Sigma$ Academic Honor Societies | 3/87 |
| Chapter President, American Chemical Society Student Affiliate | 6/89-5/90 |
| Idaho Academy of Sciences: Top Undergraduate Talk | 4/90 |
| Merck Award (Outstanding Undergraduate in Organic Chemistry) | 5/90 |
| NIDA Postdoctoral Research Fellowship | 10/94-11/95 |
| Selected by Students to Give Pharmacy Commencement Address | 12/98 |
| Co-Chair of American Assoc. for Clinical Chemistry, Regional Meeting | 5/99 |
| Distinguished Service Award – UNM EMS Academy | 7/00 |
| Outstanding Service/Teaching Award – UNC Dept. of Chemistry & Biochemistry | 5/01 |
| Award of Excellence (CME Instruction) – Union Colony Fire Rescue Authority | 2/03 |
| American Board of Applied Toxicology (ABAT), Member, Board of Directors | 8/06 – 10/13 |
| Award of Excellence (CME Instruction) – Union Colony Fire Rescue Authority | 1/07 |
| American Academy of Clinical Toxicology (AACT), Member, Board of Trustees | 9/8 – 10/10; 9/11 – 10/14 |
| Elected Fellow of the American Academy of Clinical Toxicology (FAACT) | 9/10 |
| American Academy of Clinical Toxicology (AACT), President-Elect | 10/14 – 9/16 |
| American Academy of Clinical Toxicology (AACT), President | 9/16 – Present |

*Academic Committee Service:*
      UNM Faculty Senate Budget Committee (1997 – 1999)
      Co-Author of Faculty Senate Budget Committee Report (1997)
      UNM Faculty Senate Budget Committee – Administrative Salaries Subcommittee (1997 – 2000)
      COP Faculty Support Committee (1997 – 1998)
      COP Strategic Planning Committee (1997 – 1998)
      Faculty Interviewer for UNM PharmD Applicants (1997, 1998, 1999)
      Member of Staff Search Committee for Basic Sciences Administrative Assistant Position (1997)
      Member of Faculty Search Committee for Director of COP Radiopharmacy Program (1998)
      Member of Faculty Search Committee for Assistant Professor of Medicinal Chemistry (1998-99)
      Member of Faculty Search Committee for two Forensic Pathologists (Dept of Pathology/OMI) (1998-99)
      UNC Safety Committee, Department of Chemistry & Biochemistry (2000 – 2001)
      Faculty Adviser, American Chemical Society Student Affiliate, UNC Chapter (2000 – 2001)

*Selected Teaching Activities*
        **Mechanisms of Drug Action / Medicinal Chemistry (BS in Pharmacy and PharmD Curricula) – UNM**
          *Sample Topics:* Sedative-Hypnotics, Anticonvulsants, Cardiac Glycosides, Antianginals, Antiarrhythmics, Antibiotics, Opioids, Antitussives & Expectorants, Inhaled & Intravenous General Anesthetics, Adrenergics, Sympathomimetics, Anxiolytics, Herbal Products, Forensic Toxicology, Clinical Applications of Cardioactive Drugs
        **Clinical Assessment, Clinical Pharmacokinetics, Clinical Toxicology (PharmD Curriculum) – UNM**
          *Sample Topics:* ECG Interpretation (3 hour lecture); Kinetics of Phenytoin/Fosphenytoin and Emergency Antidysrhythmics; Forensic Toxicology; Toxicology of Drugs of Abuse; Toxicology of Heavy Metals
        **Toxicology (MS / PhD Curriculum) – UNM**
          *Sample Topics:* Forensic Toxicology; Analytical Chemistry and Toxicology

*Robert B. Palmer*

**Prehospital Emergency Medicine (Paramedic Curriculum) – UNM**
    *Sample Topics:* All aspects of pre-hospital emergency medical care (lecture and lab instruction); Frequent lecturer in pharmacology & toxicology

**Introductory, Organic and Analytical Chemistry (Undergraduate & Graduate Curricula) – UNC**
    *Sample Topics:* Pre-Health Sciences introductory chemistry, analytical chemistry, organic chemistry.

**Clinical Toxicology (PharmD Curriculum) – UWyo**
    *Sample Topics:* Recognition and clinical management of acute intoxication (Many common drugs, toxins and antidotes covered)

**Clinical Toxicology (MD Fellows, Residents and PharmD Rotator Curricula) – Rky Mtn Poison & Drug Ctr**
    *Sample Topics:* Clinical Toxicology, Inorganic, Organic & Medicinal Chemistry; Analytical, Clinical and Forensic Toxicology, Toxic Alcohols, Clandestine Drug Laboratories

**Prehospital Emergency Medicine (EMTB - Paramedic Education Curricula) – Aims Comm. College**
    *Topic:* All aspects of prehospital emergency medical care (lecture and lab instruction); Frequent lecturer in pharmacology & toxicology

<u>Thesis Committee Membership</u>

| | | |
|---|---|---|
| William Raynovich | Ed.D. Committee<br>University of New Mexico, College of Education | 1997 – 2000 |
| Cynthia A. Evans | M.S. (Chemistry) Committee<br>UNC, Department of Chemistry & Biochemistry | 2000 – 2001 |

<u>Miscellaneous Teaching</u>
Lecturer at the UNM-School of Medicine Emergency Medical Services Academy – ALS Division (1996 – 2000)
Supervised 8 Undergraduates (1 Biology, 7 Pharmacy) in Rotations in my Research Laboratory at UNM
Supervised 6 Forensic Pathology Fellows (MD's) in Rotations in my Research Laboratory at UNM
Assisted other Basic Sciences Faculty in Interpretation of Clinical Data for Problem Based Learning
Frequently Provide Toxicology Lectures to Pathology and Emergency Medicine (MD) Residents
Attended Half-Day Problems Based Learning Facilitator Training Session at UNM (Summer, 1998)
Attended Two-Day Problems Based Learning Facilitator Training Session at UNM (March, 1999)
Instructor for Community Advanced Cardiac Life Support (ACLS) Classes
Instructor for Community Prehospital Trauma Life Support (PHTLS) Classes
Supervised Undergraduate McNair Scholar with Research Project at UNC (2001 – 2003)
Taught Introductory / Review Clinical Toxicology Course for Poison Center Phone Personnel (2002 – 2003)
Frequently Teach/Lecture for MD Toxicology Fellows and Rotators at Poison Center (2002 – Present)

<u>Miscellaneous</u>
New Mexico Board of Pharmacy Schedules I - V Licensure (Lic #: CS-00019816)  (Active while at UNM)
US Drug Enforcement Administration Schedules I - V Licensure  (Active while at UNM)
    (Schedule I Lic #: RP0226200; Schedule II-V Lic #:  RP0227389)

<u>Manuscript Review Activities</u>

| | |
|---|---|
| *Journal of Medicinal Chemistry* | *Emergency – The Journal of Emergency Services* |
| *Bioorganic and Medicinal Chemistry* | *Journal of Pharm and Biomedical Analysis* |
| *American Journal of Pharmaceutical Education* | *Clinical Toxicology* |
| *Journal of Emergency Medicine* | *Journal of Medical Toxicology* |

<u>Additional Editorial Activities</u>

<u>*Emergency – The Journal of Emergency Services.*</u>  R. B. Palmer (past editorial board member)

<u>*Prehospital DrugTherapy 2nd Edition*</u>, S. M. Gonsoulin, M. J. Sanders and W. Raynovich, R. B. Palmer (reviewer)
    Mosby- Publishers, St. Louis, MO, **(2002)**.

<u>*Medical Toxicology, 3rd Edition*</u>, R.C. Dart (ed), R. B. Palmer (author and illustrator) Lippincott Williams & Wilkins,
    New York, NY, **(2004)**.

<u>*Critical Care Toxicology: Diagnosis and Management of the Critically Poisoned Patient*</u>   J. Brent, *et al.* (eds), R.
    B. Palmer (author and illustrator) Elsevier-Mosby Publishers, Philadelphia, PA, **(2005)**.

<u>*Medical Toxicology of Natural Substances:  Foods, Fungi, Medicinal Herbs, Plants and Venomous Animals*</u>   D. G.
    Barceloux (ed), R. B. Palmer (illustrator and reviewer) John Wiley & Sons, Hoboken, NJ, **(2008)**.

*Medical Toxicology of Drugs of Abuse*   D. G. Barceloux (ed), R.B. Palmer (assoc ed and illustrator) John Wiley & Sons Publishers, Hoboken, NJ, **(2012)**.

*Clinical Practice of Biological Monitoring* S. D. Phillips, H. Hoffman and R. B. Palmer (eds).  OEM Press, Beverly Farms, MA, **(2012)**.

*Critical Care Toxicology: Diagnosis and Management of the Critically Poisoned Patient*   J. Brent, *et al.* (eds), R. B. Palmer (assoc editor & illustrator) Springer International Publishing, Philadelphia, PA, **(2017)**.

*Clinical Practice of Biological Monitoring, 2nd Ed,* S. D. Phillips, H. Hoffman and R. B. Palmer (eds).  OEM Press, Beverly Farms, MA, **(2018)**.

*Patents*

*Arsenic-72 Labeled Compounds for Tissue-Specific Medical Imaging*
**R. B. Palmer** and J. L. Born
US Patent No: 5,914,096         Granted: 6/22/99
US Patent Application No: 09/074,377    Filed: 5/8/98

*Arsenic-72 Labeled Compounds for Tissue-Specific Medical Imaging*
**R. B. Palmer** and J. L. Born
US Patent No: 6,106,804         Granted: 8/22/00
US Patent Application No: 08/874,946    Filed: 6/13/97

*Inhibition of Cell Surface Protein Disulfide Isomerase*
S. Rogelj, L. Sklar & **R. B. Palmer**
US Patent No: 6,949,665 B2      Granted: 9/27/05
US Patent Application No: 10/002,698    Filed: 12/05/01

*Technical Reports*

Green JL, Reynolds KM, Kile DA, Dart RC, Pediatric Cough/Cold Medication Safety Surveillance Team. (2014). Pediatric Exposures to Cough/Cold Medications: Characterization of Accidental Unsupervised Ingestions (2008-2012). Available at: http://rmpdc.org/about-rmpdc/research/publications/

Green JL, Reynolds KM, Kile DA, Dart RC, Pediatric Cough/Cold Medication Safety Surveillance Team. (2014). Pediatric Exposures to Cough/Cold Medications: Understanding and Preventing Medication Errors (2008-2012). Available at: http://rmpdc.org/about-rmpdc/research/publications/

Green JL, Reynolds KM, Dart RC., Pediatric Cough/Cold Medication Safety Surveillance Team. (2014). Rates of Adverse Events Associated with Pediatric Exposures to Cough/Cold Medications (2008-2012). http://rmpdc.org/about-rmpdc/research/publications/

*Electronic Training Resources*

*Clinical Evaluation and Treatment of Crotaline Snakebite in North America, (Training Modules 1- 5*) R.C. Dart, **R. B. Palmer,** *et al*, Savage Laboratories, Protherics and the Rocky Mountain Poison & Drug Center, Denver, CO, Release Version 1.0, **2002**.

*Clinical Evaluation and Treatment of Crotaline Snakebite in North America, (Training Modules 1- 5*) R.C. Dart, **R. B. Palmer,** *et al*, Savage Laboratories, Protherics and the Rocky Mountain Poison & Drug Center, Denver, CO, Release Version 2.0, **2003**.

*Peer-Reviewed Publications*

4-Isoxazolyl-1,4-dihydropyridines:  Biological, Theoretical and Structural Studies, N. R. Natale, D. J. Triggle, **R. B. Palmer**, B. J. Lefler, W. D. Edwards, *J Med Chem* **1990**, *33*, 2255-2259.

A Quick Look at Calcium Channel Blockers, **R. B. Palmer**, *Therapeutic Drug Monitoring Clinical Toxicology Newsletter of the American Association for Clinical Chemistry,* **1991**, *7*, 1, 1-4.

CD Studies of a Peptide Mimetic of *L*-Type Calcium Channels, N. H. Andersen and **R. B. Palmer** *Biomed Chem Lett*, **1994**, *4*, 6, 817-822.

*Robert B. Palmer*

Aryl-Dihydropyridine Rotational Barriers and Rotameric Preferences in Dihydropyridine Calcium Channel Antagonists, **R. B. Palmer** and N. H. Andersen in "Trends in Organic Chemistry", J. Menon (ed.), Council of Scientific Information, Trivandrum, India, **1995**, 5, 171-187.

An Oversimplified Device for Confirmation of Endotracheal Tube Placement:  A Recipe for Disaster, **R. B. Palmer** *Ann Emerg Med* (Letter), **1996**, *27*, 1, 100.

Conformational Preferences and Dynamics of 4-Isoxazolyl-1,4-dihydropyridine Calcium Channel Antagonists as Determined by Variable Temperature NMR and NOE Experiments, **R. B. Palmer**, T. M. Andro, N. R. Natale and N. H. Andersen  *Mag Reson in Chem*, **1996**, *34*, 495-504.

Conformational Dynamics of 4-Aryl-1,4-dihydropyridine Calcium Channel Antagonists.  1. Quantitation of Ring Juncture Rotation Barriers, **R. B. Palmer** and N. H. Andersen *Tetrahedron*, **1996**, 52(*29*), 9665-9680.

Synthesis of N-Methyl-2-trichloroacetyl-pyrrole: A Key Building Block in Peptides that Bind DNA.  Micro-, Semimicro and Macro-Scale Organic Lab Experiments,  M. D. Mosher, E. Verner, B. Oliver, D. Hamlin, N. Vietri, **R. B. Palmer**, T. Arnold and N. R. Natale, *J Chem Ed*, **1996**, 73(*10*), 1036-1039.

Synthesis and X-ray Crystal Structure of 1,4-Dihydro-2,6-dimethyl-4-(2'-isopropylphenyl)-3,5-pyridine-dicarboxylic acid dimethyl ester:  A Nifedipine Analogue, **R. B. Palmer** and N. H. Andersen *Bioorg Med Chem Lett*, **1996**, 6(*18*), 2173-2176.

Clandestine Drug Lab Responses:  Deadly Chemistry, **R. B. Palmer** *Emergency - The Journal of Emergency Services*, **1997**, *29*(*2*), 34-39.

(*E*)- and (*Z*)-7-Arylidenenaltrexones: Synthesis and Radioligand Displacement Assays, **R. B. Palmer**, A. L. Upthagrove and W. L. Nelson *J Med Chem*, **1997**, *40*, 749-753.

'Huffers' and 'Sprayheads': Managing the Volatile Substance Abuse Patient, **R. B. Palmer** *Emergency - The Journal of Emergency Services*, **1997**, *29*(*6*), 40-42.

Herbs of Abuse, **R. B. Palmer** *Emergency - The Journal of Emergency Services*, **1997**, *29*(*7*), 26-28.

The Critical Patient Who Refuses Treatment:  An Ethical Dilemma, **R. B. Palmer** and K. V. Iserson  *J Emerg Med*, **1997**, *15*(*5*), 729-733.

Intratracheal Flumazenil: A New Route of Administration for Benzodiazepine Antagonism, **R. B. Palmer**, D. S. Mautz, K. Cox, E. D. Kharasch  *Am J Emerg Med*, **1997**, *16*(*2*), 170-172.

Fen-Phen and Primary Pulmonary Hypertension: What are the Risks?, **R. B. Palmer** *Emergency - The Journal of Emergency Services*, **1997**, *29*(*11*), 34 - 37.

Fosphenytoin *versus* Phenytoin, **R. B. Palmer** *Emergency - The Journal of Emergency Services*, **1998**, *30*(*2*), 38 - 41.

Death of a Truck Driver: Fatal Nicotinamide Poisoning Associated with Intravenous Drug Use, K. B. Nolte, **R. B. Palmer**, N. G. S. Rao *West J Med* **1999***, 170(4):*242.

Fatal Brodifacoum Rodenticide Poisoning: Autopsy and Toxicologic Findings, **R. B. Palmer**, P. Alakija, J. E. Cde Baca, K. B. Nolte  *J Forensic Sci*, **1999***, 44(4):*851-855.

Intraperitoneal Erythropoietin in Children on Peritoneal Dialysis: Pharmacokinetics and Efficacy, A. Kausz, S. L. Watkins, C. Hansen, D. A. Godwin, **R. B. Palmer**, J. R. Brandt  *Am J Kidney Dis*, **1999**, *34(4):*651-656.

Pharmacokinetics of Endotracheal Lidocaine Administered *via* an Esophageally-Placed Combitube®, **R. B. Palmer**, D. S. Mautz, K. Cox, E. D. Kharasch  *J Emerg Med*, **2000** *18*(*2*):153-157.

Simultaneous Determination of Fenfluramine and Phentermine in Urine Using Gas Chromatography Mass Spectrometry with Pentafluoropropionic Anhydride Derivatization., **R. B. Palmer**, N-H. Kim, A. Dasgupta  *Ther Drug Monit,* **2000** 22(4):418-22.

*Robert B. Palmer*

Transdermal Kinetics of a Mercurous Chloride Beauty Cream: An *In Vitro* Human Skin Analysis, **R. B. Palmer**, P. E. McKinney, D. A. Godwin  *J Toxicol Clin Toxicol*  **2000**, 38(7):701-708.

Butoxyethanol Ingestion with Prolonged Hyperchloremic Metabolic Acidosis Treated with Ethanol Therapy, P. E. McKinney, S. Fuchs, **R. B. Palmer**, W. Blackwell, *J Toxicol Clin Toxicol*  **2000**, 38(7):787-793.

(*Z*)-1,4-Diiodo-3-n-propyl-3-heptene: A $^1$H NMR more Complex than Originally Reported.  J.M. Polefrone, S.P. Dunn, H.M. Morrison, S.B. Lewis and **R.B. Palmer** *J Undergrad Chem Res* **2002**, 1:43-45.

Exercise Restraint: Medical & Legal Issues of Restraining Violent Patients. W. A. Maggiore and **R. B. Palmer**, *J Emerg Med Services*, **2002**, 27:84-104.

Commentary on: Borrows DL, *et al*. A fatal drug interaction between oxycodone and clonazepam [J Forensic Sci 2003;48(3):683-686]. **R. B. Palmer** and R. C. Dart, *J Forensic Sci*, **2004**, 49:641.

Gamma-Butyrolactone (GBL) and 1,4-Butanediol (1,4-BD): Abused Analogues of Gamma Hydroxybutyrate (GHB). **R. B. Palmer**, *Toxicol Rev,* **2004**, 23:21 – 23.

The Clinical Relevance of Vapor Intrusion Pathways.  S. D. Phillips, G. R. Krieger, **R. B. Palmer** and J.C. Waksman *Clin Occup Environ Med.* **2004**, 4:423 – 43.

Commentary on: Stover-Wall, T. A case study in metabolic acidosis induced by inhalation [Air Med J 2005;24:66-69]. **R. B. Palmer**, *Air Med J*, **2005**, 24:94.

Derivation of a Chemical-Specific Adjustment Factor (CSAF) for use in the Assessment of Risk from Chronic Exposure to Ethylene Glycol: Application of International Programme for Chemical Safety Guidelines. **R. B. Palmer** and J. Brent, *Toxicol & Appl Pharmacol*, **2005**, 207(2 Suppl):576-84.

The Effect of Acetaminophen Four Grams per Day for Three Consecutive Days on Hepatic Tests in Alcoholic Patients - A Multicenter Randomized Trial, E. K. Kuffner, J. L. Green, G. M. Bogdan, P. C. Knox, **R. B. Palmer**, K. Heard, J. Slattery and R. C. Dart, *BMC Med,* **2007**, 5:13-22.

Fundamentals of early clinical drug development: from synthesis design to formulation (Book Review).  **R. B. Palmer**, *Drug Dev Ind Pharm,* **2007**, 33:1286.

Epidemiology, Toxicokinetics and Health Effects of Methyl tert-Butyl Ether (MTBE). S. Phillips, **R. B. Palmer** and A. Brody, *J Med Tox*, **2008**, 4:115-126.

Mechanisms of Acute Cocaine Toxicity. K. Heard, **R. Palmer** and N. R. Zahniser, *Open Pharmacol J,*  **2008**, 2:70-78.

Pediatric Fatalities Associated With Over the Counter (Nonprescription) Cough and Cold Medications.  R. C. Dart, I. M. Paul, G. R. Bond, D. C. Winston, A. S. Manoguerra, **R. B. Palmer**, R. E. Kauffman, W. Banner, J. L. Green, and B. H. Rumack.  *Ann Emerg Med*, **2009**, 53(4):411-417.

A Review of the use of Ethyl Glucuronide as a Marker for Ethanol Consumption in Forensic and Clinical Medicine. **R. B. Palmer**, *Semin Diagn Pathol*, **2009**, 26(1):18-27.

The Methodology in the Paper by Chambers, *et al.* Raises Serious Questions About Their Conclusions (Letter to the Editor).  K. Kulig, E. Cetaruk, **R. Palmer** and J. Brent. *Brain Injury*, **2009**, 23(1):3-4.

Massive Ethylene Glycol Ingestion Treated with Fomepizole Alone: A Viable Therapeutic Option, J. A. Buchanan, M. A. Alhelail, E. W. Cetaruk, T. H. Schaeffer, **R. Palmer**, K. Kulig and J. Brent.  *J Medical Toxicol*, **2010** 6(2):131 – 134.

Fentanyl in Postmortem Forensic Toxicology, **R. B. Palmer**.  *Clin Toxicol (Phila)*, **2010** 48(8):771 – 784.

Anabolic-Androgenic Steroids, D.G. Barceloux and **R. B. Palmer**, *Dis Mon*, **2013**, 59(6):226-248.

*Robert B. Palmer*

'True apothecary thy drugs art quick'--are we providing our pain patients the means to self-poison?, **R. B. Palmer**. *Clin Toxicol,* **2014**. 52(2):96-97.

Fatal Fentanyl Patch Misuse in a Hospitalized Patient with a Postmortem Increase in Fentanyl Blood Concentration, P. Moore, **R. B. Palmer** and J. W. Donovan. *J Forensic Sci,* **2015**, 60(1):243-246.

Retained Pill Fragments at Autopsy: Time to Rethink Gastric Decontamination? (Invited Editorial Commentary). **R. B. Palmer**, S. E. Aks. *Clin Toxicol,* **2015**. 53(2):82-84.

Paul IM, Reynolds KM, Kauffman RE, Banner W, Bond GR, **Palmer RB**, Burnham RI, Green JL. Adverse Events Associated with Pediatric Exposures to Dextromethorphan. *Clin Toxicol,* **2017**. 55 (1), 25-32.

Green JL, Wang GS, Reynolds KM, Banner W, Bond GR, Kauffman RE, **Palmer RB**, Paul IM, Dart RC. Safety Profile of Cough and Cold Medication use in Pediatrics. *Pediatrics.* **2017**. 139(6), pii: e20163070.

**Palmer RB** and Kostic MA.  Foreword.  *Dis Mon*. **2017**. 63(8):180-181.

Moss MJ, Warrick BJ, Nelson LS, McKay CA, Dubé PA, Gosselin S, **Palmer RB**, Stolbach AI.  ACMT and AACT Position Statement: Preventing Occupational Fentanyl and Fentanyl Analog Exposure to Emergency Responders. *J Med Toxicol*. **2017** Dec 13(4):347–351.

Moss MJ, Warrick BJ, Nelson LS, McKay CA, Dubé PA, Gosselin S, **Palmer RB**, Stolbach AI.  ACMT and AACT Position Statement: Preventing Occupational Fentanyl and Fentanyl Analog Exposure to Emergency Responders. *Clin Toxicol.* **2018** Apr 56(4):297–300.

Green JL, Reynolds KM, Banner W, Bond GR, Kauffman RE, **Palmer RB**, Paul IM, Dart RC. Evaluation of the Quality and Value of Data Sources for Postmarket Surveillance of the Safety of Cough and Cold Medications in Children. *BMC Medical Res Methodology,* **2018** Dec 18(1):175–185.

**Palmer RB**, Reynolds KM, Banner W, Bond GR, Kauffman RE, Paul IM, Green JL, Dart, RC. Adverse Events Associated with Diphenhydramine in Children, 2008 - 2015. *Clin Toxicol,* **2019**. (*Online Publication 7 May, 2019*).

*Book Chapters / Contributions*

*American Heart Association's 1996 Handbook of Emergency Cardiac Care: Basic Life Support, Pediatric and Neonatal Life Support and Advanced Cardiac Life Support*, **R. B. Palmer** (Contributor), M. F. Hazinski and R. O. Cummins (ed.'s), Mosby, St. Louis, MO, **1996**.

*1997-99 Handbook of Emergency Cardiovascular Care for Healthcare Providers*, **R. B. Palmer** (Contributor), M. F. Hazinski and R. O. Cummins (ed.'s), Mosby, St. Louis, MO, **1998**.

"*Anticoagulants, Thrombolytics and Vitamin K*" **R. B. Palmer** invited chapter in: <u>Principles of Medicinal Chemistry, 5th Edition</u>, W. O. Foye, T. L. Lemke & D. A. Williams (ed.'s), Williams & Wilkins Publishers, Baltimore, MD, **2002**.

"*Analytical Toxicology*" **R. B. Palmer** invited chapter in: <u>Medical Toxicology</u>, *3rd Edition*, R.C. Dart (ed), Lippincott Williams & Wilkins, New York, NY, **2004**.

"*Medicinal Chemistry & Toxicology*" **R. B. Palmer** invited chapter in: <u>Medical Toxicology</u>, *3rd Edition*, R.C. Dart (ed), Lippincott Williams & Wilkins, New York, NY, **2004**.

"*Acrylic Acid and Derivatives*" **R. B. Palmer** invited chapter in: <u>Medical Toxicology</u>, *3rd Edition*, R.C. Dart (ed), Lippincott Williams & Wilkins, New York, NY, **2004**.

"*Phthalates and Phthalate Esters*" **R. B. Palmer** invited chapter in: <u>Medical Toxicology</u>, *3rd Edition*, R.C. Dart (ed), Lippincott Williams & Wilkins, New York, NY, **2004**.

"*Epoxides and Epoxy Resins*" **R. B. Palmer** & S. D. Phillips invited chapter in: <u>Medical Toxicology</u>, *3rd Edition*, R.C. Dart (ed), Lippincott Williams & Wilkins, New York, NY, **2004**.

"*Illicit Drug Manufacture (With an Emphasis on Clandestine Methamphetamine Production): Synthetic Methods and Law Enforcement Concerns*" **R. B. Palmer** invited chapter in: <u>Handbook of Forensic Drug Analysis</u>, F. P. Smith (ed), Elsevier Academic Press, New York, NY, **2005**.

"*Gamma-Hydroxybutyrate and Other Butyrolactones*" P. E. McKinney, S. McLaughlin & **R. B. Palmer** in: <u>Critical Care Toxicology: Diagnosis and Management of the Critically Poisoned Patient</u>, J. Brent, K. Burkhart, *et al*. (ed.'s), Elsevier-Mosby Publishers, Philadelphia, PA, **2005**.

"*Methamphetamine and Other Sympathomimetic Drugs of Abuse*" P. E. McKinney & **R. B. Palmer** in: <u>Critical Care Toxicology: Diagnosis and Management of the Critically Poisoned Patient</u>, J. Brent, K. Burkhart, *et al*. (ed.'s), Elsevier-Mosby Publishers, Philadelphia, PA, **2005**.

"*Acetaminophen Poisoning*" J. Brent & **R. B. Palmer** invited chapter in: <u>The Clinical Practice of Emergency Medicine</u>", *4th Ed*, A. B. Wolfson, *et al* (eds), Lippincott Williams & Wilkins, Philadelphia, PA, **2005**.

"*Chlorinated Hydrocarbons*" **R. B. Palmer** & S. D. Phillips invited chapter in: <u>Haddad and Winchester's Clinical Management of Poisoning and Drug Overdose</u>, *4th Ed*, M. W. Shannon, *et al* (eds), Saunders-Elsevier, Philadelphia, PA, **2007**.

"*Mushrooms*" J. Brent & **R. B. Palmer** invited chapter in: <u>Haddad and Winchester's Clinical Management of Poisoning and Drug Overdose</u>, *4th Ed*, M. W. Shannon, *et al* (eds), Saunders-Elsevier, Philadelphia, PA, **2007**.

"*Monoamine Oxidase Inhibitors & the Serotonin Syndrome*" J. Brent & **R. B. Palmer** invited chapter in: <u>Haddad and Winchester's Clinical Management of Poisoning and Drug Overdose</u>, *4th Ed*, M. W. Shannon, *et al* (eds), Saunders-Elsevier, Philadelphia, PA, **2007**.

<u>Medical Toxicology of Natural Substances:  Foods, Fungi, Medicinal Herbs, Plants and Venomous Animals</u>   D. G. Barceloux (ed**), R. B. Palmer** (scientific illustrator and reviewer) John Wiley & Sons, Hoboken, NJ, **(2008)**.

<u>Medical Toxicology of Drugs of Abuse</u>   D. G. Barceloux (ed), **R.B. Palmer** (associate editor; scientific illustrator) John Wiley & Sons Publishers, Hoboken, NJ, **(2012)**.

<u>Clinical Practice of Biological Monitoring</u> S. D. Phillips, H. Hoffman and **R. B. Palmer** (eds).  OEM Press, Beverly Farms, MA, **(2012)**.

"*Chemical Exposure Claims:  A Framework for Causation Analysis*" G. Letz, M. H. Hyman, H. E. Hoffman, S. Phillips, & **R. B. Palmer**, invited chapter in: <u>American Medical Association (AMA) Guides to the Evaluation of Disease and Injury Causation</u>, *2nd Ed*, J. M. Melhorn, J. B. Talmage, W. E. Ackerman, and M. H. Hyman (eds), AMA, Chicago, IL, **(2013)**.

"*Special Considerations 6 (SC-6):  Assessment of Ethanol-Induced Impairment*", **R. B. Palmer**, invited chapter in: <u>Goldfrank's Toxicologic Emergencies</u>, 10th Ed, R. S. Hoffman, M. A. Howland, N. A. Lewin, L. S. Nelson & L. R. Goldfrank (eds), McGraw-Hill Medical Publishing, New York, NY, (**2015**).

"*Irritant Gases,*" **R. B. Palmer**, invited chapter in: <u>Advanced Hazmat Life Support (AHLS) Provider Manual</u>, 4th Ed, F. G. Walter, R Klein, & R. G. Thomas (eds), University of Arizona Press, Tucson, AZ, (**2015**).

<u>Critical Care Toxicology: Diagnosis and Management of the Critically Poisoned Patient, 2nd Ed</u>, J. Brent, K. Burkhart, **R. B. Palmer** (editor and scientific illustrator), *et al*. (ed.'s), Elsevier-Mosby Publishers, Philadelphia, PA, **(2017)**.

"*Special Considerations:  Assessment of Ethanol-Induced Impairment*", **R. B. Palmer**, invited chapter in: <u>Goldfrank's Toxicologic Emergencies</u>, 11th Ed, R. S. Hoffman, M. A. Howland, N. A. Lewin, L. S. Nelson & L. R. Goldfrank (eds), McGraw-Hill Medical Publishing, New York, NY, (**2019**).

<u>Clinical Practice of Biological Monitoring, 2nd Ed</u> S. D. Phillips, H. Hoffman and **R. B. Palmer** (eds).  OEM Press, Beverly Farms, MA, **(2019)**.

<u>Selected Professional Presentations and Posters (Presenter Underlined)</u>

"Studies of 4-Aryl-1,4-dihydropyridine Calcium Channel Antagonist Molecular Dynamics", **R. B. Palmer** and N. H. Andersen, Poster #B-41, 33rd National Organic Chemistry Symposium, Bozeman, MT June, **1993**.

*Robert B. Palmer*

"Structures and Conformational Dynamics of Pancreatic Amylins: Defining the Conformational Preferences that Ameliorate β-Aggregate Formation", J. R. Cort, Z. H. Liu, G. M. Lee, **R. B. Palmer**, L. S. L. Gaeta and N. H. Andersen, Poster #WP-51 at the 35th Experimental Nuclear Magnetic Resonance Conference, Pacific Grove, CA April, **1994**.

"Conformational Dynamics of 4-Aryl-1,4-dihydropyridine Calcium Channel Antagonists", **R. B. Palmer**, Invited Departmental Seminar, University of Idaho, Dept. of Chemistry, Moscow, ID, August, **1994**.

"Clandestine Methamphetamine Labs: The Good, The Bad and The Ugly", **R. B. Palmer**, Invited Training Seminar, Seattle Police Department, Narcotics Section, Seattle, WA, September, **1995**.

"Pharmacology in Advanced Cardiac Life Support", **R. B. Palmer**, Invited Seminar, Providence Medical Center, Nursing Education, Seattle, WA, March, **1996**.

"Toxicology in Clandestine Methamphetamine Labs", **R. B. Palmer**, Invited Training Seminar, Washington State Patrol Academy, Narcotics Section, Shelton, WA, May, **1996**.

"Drugs Used in ACLS", **R. B. Palmer**, Invited Seminar, USAFR 446th Air Evacuation Squadron, McChord Air Force Base, Tacoma, WA, August, **1996**.

"Gamma-hydroxybutyrate (GHB): Chemistry and Toxicology", **R. B. Palmer**, Invited Presentation, University of New Mexico, School of Medicine Department of Emergency Medicine Residents' Conference, November, **1997**.

"Design of Ondansetron Prodrugs for Transdermal Antiemetic Therapy in Cancer Chemotherapy Patients", **R. B. Palmer** & D. A. Godwin, Invited Seminar, University of New Mexico, Cancer Research & Treatment Center, Albuquerque, New Mexico, April, **1998**.

"Herbal Medications: Fact, Fad or Fancy", **R. B. Palmer**, Invited Seminar, New Mexico Workers' Compensation Association, Annual Meeting, Albuquerque, New Mexico, May, **1998**.

"Ethylene Glycol Monobutyl Ether (EGBE) Overdose/Toxicity with Prolonged Acidosis and CNS Depression", P. E. McKinney, S. Fuchs, **R. B. Palmer**, W. Blackwell, Poster Presentation, North American Congress of Clinical Toxicology, Annual Meeting, Orlando, Florida, August, **1998**.

"Transdermal Kinetics of a Mercurous Chloride Beauty Cream: An *In Vitro* Human Skin Analysis", **R. B. Palmer**, P. E. McKinney, D. A. Godwin, Platform Presentation, North American Congress of Clinical Toxicology, Annual Meeting, Orlando, Florida, August, **1998**.

"Methylenedioxybenzenes Induce Phase I and Phase II Enzymes in Cell Culture", M. B. Carter, S. Choe, A. Berkson, **R. B. Palmer**, M. Franklin, K. Falkner, C. Marcus, Platform Presentation, Mountain West Society of Toxicology, Annual Meeting, Tucson, Arizona, September, **1998**.

"Molecular Mechanisms Regulating Gene Expression of Xenobiotic-Metabolizing Enzymes", C. Marcus, M. Carter, J. Ulmer, **R. B. Palmer**, M. Franklin, R. Prough, S. Choe, Poster Presentation, International Society for the Study of Xenobiotics, Annual Meeting, Cairns, Australia, October, **1998**.

"A Puzzling Case of Fatal Pulmonary Hemorrhage", **R. B. Palmer**, Invited Platform Presentation, Society of Forensic Toxicologists, Annual Meeting, Albuquerque, New Mexico, October, **1998**.

"A Case of Postoperative Death Without Pulmonary Emboli", **R. B. Palmer**, Invited Platform Presentation, Society of Forensic Toxicologists, Annual Meeting, Albuquerque, New Mexico, October, **1998**.

"Fatal Brodifacoum Rodenticide Poisoning: Autopsy and Toxicologic Findings", **R. B. Palmer**, J. E. Cde Baca, P. Alakija, K. Nolte, Poster Presentation, American Academy of Forensic Sciences, Annual Meeting, Orlando, Florida, February, **1999**.

"Clinical & Forensic Toxicology in Clandestine Drug Labs", **R. B. Palmer** Department of Pathology, Grand Rounds, UNM School of Medicine, Albuquerque, New Mexico, April, **1999**.

*Robert B. Palmer*

"Gamma-hydroxybutyrate (GHB): Chemistry and Toxicology", **R. B. Palmer**, Invited Testimony, New Mexico Board of Pharmacy, Drug Scheduling Hearing, June, **1999**.

"Recognition and Management of Acute Stimulant Toxicity", **R. B. Palmer** Department of Emergency Medicine, Residents' Conference, UNM School of Medicine, Albuquerque, New Mexico, October, **1999**.

"Toxicologic Concerns with Illicit Drug Synthesis", **R. B. Palmer** Departments of Pathology & Emergency Medicine, Joint Residents' Conference, UNM School of Medicine, Albuquerque, New Mexico, October, **1999**.

"Toxicology of Illicit Methamphetamine Synthesis", **R. B. Palmer** Invited Seminar, Rocky Mountain Poison and Drug Center, Denver, Colorado, January, **2000**.

"Chemistry & Toxicology of Clandestine Methamphetamine Synthesis", **R. B. Palmer** Department of Chemistry, Invited Departmental Seminar, University of Idaho, Moscow, Idaho, February, **2000**.

"Developmental Cardiotoxicity of BNMPA – A By-Product of Illicit Methamphetamine Synthesis", **R. B. Palmer**, M. K. Walker, M. J. Church, N-H. Kim, J. L. McLemore, Poster Presentation, American Academy of Forensic Sciences, Annual Meeting, Reno, Nevada, February, **2000**.

"Chemistry & Toxicology of Clandestine Methamphetamine Synthesis", **R. B. Palmer** Department of Chemistry, Invited Departmental Seminar, James Madison University, Harrisonburg, Virginia, February, **2000**.

"A Century of the Hantzsch Pyridine Synthesis: The Value of this Venerable Process Continues to Appreciate" J. R. Jeitler, T. T. Wixon, D. A. Quincy, J. I. McKenna, B. J. Lefler, Y. R. Mirzaei, **R. B. Palmer**, S. B. Meikrantz, K. Nelson, T. N. Balasubramaniam, K. T. Henon and N. R. Natale, Platform Presentation, 219th National American Chemical Society Meeting, CHED 104, San Francisco, CA, March, **2000**.

"A Century of the Hantzsch Pyridine Synthesis: The Value of this Venerable Process Continues to Appreciate" J. R. Jeitler, T. T. Wixon, D. A. Quincy, J. I. McKenna, B. J. Lefler, Y. R. Mirzaei, **R. B. Palmer**, S. B. Meikrantz, K. Nelson, T. N. Balasubramaniam, K. T. Henon and N. R. Natale, Invited Sci-Mix Platform, 219th National American Chemical Society Meeting, San Francisco, CA, March, **2000**.

"Clandestine Drug Labs: The Bad, The Worse and The Explosive", **R. B. Palmer** Department of Chemistry and Biochemistry, Invited Departmental Seminar, University of Northern Colorado, Greeley, Colorado, September, **2000**.

"Ecstasy, GHB and Other New Drugs of Abuse", **R. B. Palmer** Invited Seminar, Medical Staff Grand Rounds, McKee Medical Center, Loveland, Colorado, February, **2001**.

"Case Studies in Forensic Toxicology", **R. B. Palmer** Department of Chemistry and Biochemistry, Invited Departmental Seminar, University of Northern Colorado, Greeley, Colorado, March, **2001**.

"Ecstasy, GHB and Other New Drugs of Abuse", **R. B. Palmer** Invited Seminar, Medical Staff Grand Rounds, NCMC, Greeley, Colorado, May, **2001**.

"Introduction to Toxicology", **R. B. Palmer** Invited Seminar, Paramedic Continuing Education, Mountain View Fire Protection District, Boulder County, Colorado, June, **2001**.

"Introduction to Toxicology", **R. B. Palmer** Invited Seminar, Paramedic Continuing Education, Thornton Fire Department, Thornton, Colorado, July, **2001**.

"Introduction to Drugs of Abuse", **R. B. Palmer** Invited Lecture, Denver Health Paramedic Training Academy, Denver Health & Hospitals Authority, Denver, Colorado, November, **2001**.

"Pre-Hospital Management of the Poisoned Patient", **R. B. Palmer** Invited Seminar, Paramedic Continuing Education, Aims Community College Paramedic Refresher Class, Greeley, Colorado, February, **2002**.

"Toxicity of Heavy Metals", **R. B. Palmer** Invited Lecture, Pharm 721 - Clinical Toxicology, University of New Mexico, Albuquerque, New Mexico, April, **2002**.

*Robert B. Palmer*

"Introduction to Clandestine Laboratories for Tactical Paramedics", **R. B. Palmer** Invited Lecture, Denver Health Tactical Paramedic Team, Denver Health & Hospitals Authority, Denver, Colorado, April, **2002**.

"Household Poisons", **R. B. Palmer** Invited Lecture, Biochemistry 532 (Toxicology), University of Northern Colorado, Greeley, Colorado, May, **2002**.

"Pre-Hospital Management of the Poisoned Patient", **R. B. Palmer** Invited Seminar, Paramedic Continuing Education, Weld County Paramedics, Greeley, Colorado, May, **2002**.

"Pre-Hospital Management of the Poisoned Patient", **R. B. Palmer** Invited Seminar, EMS Continuing Education, Union Colony Fire Rescue Authority, Greeley, Colorado, July, **2002**.

"Clandestine Drug Labs", **R. B. Palmer** Invited Seminar, Colorado Chapter, American College of Emergency Physicians, Annual Meeting, Breckenridge, Colorado, July, **2002**.

"Club Drugs", **R. B. Palmer** Invited Seminar, Colorado Chapter, American College of Emergency Physicians, Annual Meeting, Breckenridge, Colorado, July, **2002**.

"A Fluorometric Assay for Detection of Fluorescein in Plasma", **R. B. Palmer**, Y. L. O'Campo, R.C. Dart, Poster Presentation #152, North American Congress of Clinical Toxicology, Annual Meeting, Palm Springs, California, September, **2002**.

"Haloperidol Concentrations after Acute Intravenous Overdose", M. A. Kostic, **R. B. Palmer**, R.C. Dart, Poster Presentation #213, North American Congress of Clinical Toxicology, Annual Meeting, Palm Springs, California, September, **2002**.

"Alcohol-Acetaminophen Syndrome: Maxim or Myth?", **R. B. Palmer**, G. M. Bogdan, R. C. Dart, Platform Presentation #121, North American Congress of Clinical Toxicology, Annual Meeting, Palm Springs, California, September, **2002**.

"Clandestine Meth Labs: Bad News in a Beaker", **R. B. Palmer** Invited Seminar, Idaho Department of Health & Welfare, Continuing Medical Education, Bannock Regional Medical Center, Pocatello, Idaho, October, **2002**.

"Meth Labs & EMS", **R. B. Palmer** Invited Seminar, Colorado State Emergency Medical Services Conference, Breckenridge, Colorado, October, **2002**.

"Management of Snake & Spider Envenomations", **R. B. Palmer** Invited Lecture, Pharm 721 - Clinical Toxicology, University of New Mexico, Albuquerque, New Mexico, April, **2003**.

"Toxicology for the Paramedic", **R. B. Palmer** Invited Seminar, EMS Continuing Education, Summit County EMS, Breckenridge, Colorado, April, **2003**.

"The Truth About Alcohol and Acetaminophen", J. L. Green, **R. B. Palmer**, E. K. Kuffner, G. M. Bogdan and R. C. Dart, Poster Presentation, Denver Health & Hospitals Authority Day of Celebration, May **2003**.

"The Bare Bones of Toxicology", **R. B. Palmer** Invited Seminar, Idaho Department of Health & Welfare, Continuing Medical Education, St. Joseph's Regional Medical Center, Lewiston, Idaho, June, **2003**.

"Acetaminophen Intoxication: The Nomogram and Beyond", **R. B. Palmer** Invited Seminar, Continuing Medical Education, St. Mary's Medical Center, Walla Walla, Washington, June, **2003**.

"Clandestine Meth Labs: Bad News in a Beaker", **R. B. Palmer** Invited Seminar, Continuing Medical Education, Trauma Service, North Colorado Medical Center, Greeley, Colorado, July, **2003**.

"Pharmacology of the EMS Drug Box", **R. B. Palmer** Invited Seminar, EMS Continuing Education, Union Colony Fire Rescue Authority, Greeley, Colorado, July, **2003**.

"Advanced Chemical Warfare / Terrorism Agents Workshop: Part III", **R. B. Palmer** (Session Moderator), North American Congress of Clinical Toxicology, Annual Meeting, Chicago, Illinois, September, **2003**.

"False Positive Ethylene Glycol Level", C. DeWitt, **R. Palmer**, S. Phillips, R.C. Dart, Poster Presentation #227, North American Congress of Clinical Toxicology, Annual Meeting, Chicago, Illinois, September, **2003**.

"Plasma Reduced Glutathione (GSH) in Alcoholics Receiving Maximal Therapeutic Doses of Acetaminophen", **R. B. Palmer**, J. L. Green, E. K. Kuffner, G. M. Bogdan, J. T. Slattery, B. R. Phillips, S. Cole, R. C. Dart, Platform Presentation #203, North American Congress of Clinical Toxicology, Annual Meeting, Chicago, Illinois, September, **2003**.

"Toxicology for the Paramedic", **R. B. Palmer** Invited Seminar, EMS Continuing Education / Paramedic Refresher Course, Thompson Valley EMS, Loveland, Colorado, October, **2003**.

"Acetaminophen Intoxication: The Nomogram and Beyond", **R. B. Palmer** Invited Seminar, Continuing Medical Education, St. Joseph's Regional Medical Center, Lewiston, Idaho, November, **2003**.

"Basic Management of the Poisoned Patient", **R. B. Palmer** Invited Seminar, EMT-Basic Training Course, Aims Community College, Greeley, Colorado, December, **2003**.

"EMS and New Drugs of Abuse", **R. B. Palmer** Invited Seminar, EMS Continuing Education, Union Colony Fire Rescue Authority, Greeley, Colorado, March, **2004**.

"Street Drugs: On Beyond Narcan", **R. B. Palmer** Invited Seminar, Continuing Medical Education, Trauma Service, North Colorado Medical Center, Greeley, Colorado, March, **2004**.

"Management of Snake & Spider Envenomations", **R. B. Palmer** Invited Lecture, Pharm 721 - Clinical Toxicology, University of New Mexico, Albuquerque, New Mexico, April, **2004**.

"Health Risks of Nitrates in Drinking Water", **R. B. Palmer** Invited Seminar, Idaho Department of Health and Welfare, Canyon County Nitrate Priority Area Public Advisory Committee, Caldwell, Idaho, May, **2004**.

"Hepatotoxicity in Alcoholic Patients from Therapeutic Dosing of Acetaminophen", R.C. Dart, **R. B. Palmer** and E. Kuffner Invited Lecture, European Association of Poisons Centres and Clinical Toxicologists, Strasbourg, France, June, **2004**. Abstract #78 listed in *J Toxicol Clin Toxicol*, **2004** 42(4):468-469.

"Controversies in the Early Management of Hydrofluoric Acid Poisoning", J. Brent & **R. B. Palmer** Invited Lecture, European Association of Poisons Centres and Clinical Toxicologists, Strasbourg, France, June, **2004**. Abstract #21 listed in *J Toxicol Clin Toxicol*, **2004** 42(4):418-420.

"Toxicology for the Paramedic", **R. B. Palmer** Invited Seminar, EMS Continuing Education, Grand County EMS, Granby, Colorado, July, **2004**.

"Quantitative Assessment of Human Health Risk from Environmental Ethylene Glycol Exposure Using the Chemical-Specific Adjustment Factor (CSAF) Technique", J. Brent & **R. B. Palmer** Invited Lecture, 10th International Congress of Toxicology, Tampere, Finland, July, **2004**. Abstract #61 listed in *Toxicology & Applied Pharmacology*, **2004** 197(3):152.

"Meth Labs: Bad News in a Beaker", **R. B. Palmer** Invited Lecture, Continuing Medical Education, 6th Annual Banner Health Total Trauma Care Conference, Loveland, Colorado, August, **2004**.

"Evaluation of Hepatotoxicity in Alcoholic Patients from 3-Day Maximal Therapeutic Doses of Acetaminophen (APAP)", G. M. Bogdan, E. K. Kuffner, J. L. Green, **R. B. Palmer**, R. C. Dart and E. Casper, Platform Presentation, North American Congress of Clinical Toxicology, Annual Meeting, Seattle, Washington, September, **2004**. Abstract #190 listed in *J Toxicol Clin Toxicol*, **2004** 42(5):798.

"A Pilot Study of Fomepizole for the Treatment of Acute Diethylene Glycol Poisoning", M. A. Kostic, K. Heard, **R. B. Palmer**, J.A. Higgins and R.C. Dart, Platform Presentation, North American Congress of Clinical Toxicology, Annual Meeting, Seattle, Washington, September, **2004**. Abstract #1 listed in *J Toxicol Clin Toxicol*, **2004** 42(5):713.

"Does CroFab Bind All Components in Crotaline Venoms?", **R. B. Palmer**, S. P. Mackessy and R. C. Dart, Platform Presentation, North American Congress of Clinical Toxicology, Annual Meeting, Seattle, WA, September, **2004**. Abstract #63 listed in *J Toxicol Clin Toxicol*, **2004** 42(5):740.

*Robert B. Palmer*

"Update in Forensic Toxicology", **R. B. Palmer** (Session Moderator), North American Congress of Clinical Toxicology, Annual Meeting, Seattle, WA, September, **2004**.

"Meth Labs: Bad News in a Beaker", **R. B. Palmer** Invited Lecture, Continuing Medical Education, NIUSR "Calling All Angels" Explosions and Mass Trauma First Responders Conference, Albuquerque, NM, September, **2004**.

"New Drugs of Abuse", **R. B. Palmer** Invited Seminar, Colorado State Emergency Medical Services Conference, Keystone, Colorado, November, **2004**.

"Meth Labs & EMS", **R. B. Palmer** Invited Seminar, Colorado State Emergency Medical Services Conference, Keystone, Colorado, November, **2004**.

"Management of Methamphetamine Intoxication and What to do with Patients from Meth Labs", **R. B. Palmer** Invited Seminar, Torrington Emergency Medical Services, Torrington, WY, February, **2005**.

"You Were Just Bitten by What?!  Management of Snakebite in Colorado", **R. B. Palmer** Invited Seminar, Continuing Medical Education, Trauma Service, McKee Medical Center, Loveland, Colorado, April, **2005**.

"Prehospital Management of Snake, Spider and Scorpion Envenomation", **R. B. Palmer** Invited Seminar, EMS Continuing Education, Union Colony Fire Rescue Authority, Greeley, Colorado, May, **2005**.

"You Were Just Bitten by What?!  Management of Snakebite in Colorado", **R. B. Palmer** Invited Seminar, Continuing Medical Education, Trauma Service, North Colorado Medical Center, Greeley, Colorado, June, **2005**.

"Update in Forensic Toxicology", **R. B. Palmer** (Session Moderator), North American Congress of Clinical Toxicology, Annual Meeting, Orlando, FL, September, **2005**.

"I Fought The Law and The Law Won: Death in Police Custody", **R. B. Palmer**, Session Presentation, North American Congress of Clinical Toxicology, Annual Meeting, Orlando, FL, September, **2005**.

"Pre-Hospital Management of the Envenomated Patient", **R. B. Palmer** Invited Seminar, Colorado State Emergency Medical Services Conference, Keystone, Colorado, November, **2005**.

"Toxicology for EMS", **R. B. Palmer** Invited Seminar, EMS Continuing Education, Paramedic Refresher Course, Porter Adventist Hospital, Denver, Colorado, January, **2006**.

"Toxic Alcohols: Why it is a Bad Idea to Drink Your Automotive Products", **R. B. Palmer** Invited Seminar, Continuing Medical Education, Trauma Service, North Colorado Medical Center, Greeley, Colorado, February, **2006**.

"Toxicology for EMS", **R. B. Palmer** Invited Seminar, Paramedic Training Course, Laramie County Community College, Cheyenne, Wyoming, March, **2006**.

"Forensic Toxicology for the Emergency Department", **R. B. Palmer** Invited Seminar, Emergency Medicine RPAC Educational Day, Ohio University Medical School, Columbus, Ohio, March, **2006**.

"Forensic Toxicology for the Emergency Department", **R. B. Palmer** Invited Seminar, Western Regional Toxicology Fellows Conference, Denver, Colorado, April, **2006**.

"EMS Toxicology", **R. B. Palmer** Invited Seminar, EMS Continuing Education, Grand County EMS, Granby, Colorado, April, **2006**.

"Meth Labs & EMS", **R. B. Palmer** Invited Seminar, Torrington / Southeastern Wyoming EMS and Trauma Conference, Torrington, Wyoming, April, **2006**.

"Case Studies in Prehospital Toxicology", **R. B. Palmer** Invited Seminar, EMS Continuing Education, Union Colony Fire Rescue Authority, Greeley, Colorado, May, **2006**.

"HazMat Medicine for EMS", **R. B. Palmer** Invited Seminar, EMS Continuing Education, Union Colony Fire Rescue Authority, Greeley, Colorado, June, **2006**.

*Robert B. Palmer*

"Toxic Alcohols: Why it is a Bad Idea to Drink Your Automotive Products", **R. B. Palmer** Invited Seminar, Toxicology Fellows Orientation Lecture Series, Rocky Mountain Poison & Drug Center, Denver, Colorado, July, **2006**.

"Introduction to Forensic Toxicology", **R. B. Palmer** Invited Seminar, Southern Institute of Forensic Science, Summer Forensic Science Program, Greeley, Colorado, August, **2006**.

"You were Bitten by *WHAT*?!  Crotalid Envenomation", **R. B. Palmer** Invited Seminar, Annual Banner Health Trauma & Burn Conference, Greeley, Colorado, September, **2006**.

"Toxicology for the Paramedic", **R. B. Palmer** Invited Seminar, EMS Continuing Education / Paramedic Refresher Course, Aims Community College, Greeley, Colorado, September, **2006**.

"Update in Forensic Toxicology", **R. B. Palmer** (Session Moderator), North American Congress of Clinical Toxicology, Annual Meeting, San Francisco, CA, October, **2006**.

"The Eyes As Windows to the Soul: Vitreous Humor and Forensic Toxicology" **R. B. Palmer**, Session Presentation, North American Congress of Clinical Toxicology, Annual Meeting, San Francisco, CA, October, **2006**.

"The Drug Lab in the Basement: A Review of Methods of Illicit Methamphetamine Synthesis and Associated Issues" **R. B. Palmer**, Session Presentation, ABAT Symposium, North American Congress of Clinical Toxicology, Annual Meeting, San Francisco, CA, October, **2006**.

"Pick Your Poison:  Toxicology for EMS Providers", **R. B. Palmer**, C. Mendoza and T. H. Schaeffer, Invited Seminar, Colorado State Emergency Medical Services Conference, Keystone, Colorado, November, **2006**.

"Toxicology for the Paramedic", **R. B. Palmer** Invited Seminar, EMS Continuing Education Course, Westminster, CO Fire & Rescue, Westminster, Colorado, January, **2007**.

"Toxic Consequences of Clandestine Methamphetamine Labs", **R. B. Palmer** Invited Seminar, Canadian Association of Emergency Physicians Annual Meeting, Victoria, BC, June, 2007.

"Update in Forensic Toxicology", **R. B. Palmer** (Session Moderator), North American Congress of Clinical Toxicology, Annual Meeting, New Orleans, LA, October, **2007**.

"AACT Year in Toxicology III: The Diethylene Glycol Poisoning Epidemic in Panama", **R. B. Palmer** (Session Moderator), North American Congress of Clinical Toxicology, Annual Meeting, New Orleans, LA, October, **2007**.

"Of Beer, Sugar & Conjugation: Ethyl Glucuronide in Forensic Toxicology" **R. B. Palmer**, Session Presentation, North American Congress of Clinical Toxicology, Annual Meeting, New Orleans, LA, October, **2007**.

"Update in Forensic Toxicology", **R. B. Palmer** & C. L. Morris-Kukoski (Session Moderators), North American Congress of Clinical Toxicology, Annual Meeting, Toronto, ON, September, **2008**.

"Medication Errors, Clinical Toxicologists and the FDA", **R. B. Palmer** (Session Moderator), North American Congress of Clinical Toxicology, Annual Meeting, Toronto, ON, September, **2008**.

"Transportation Toxicology: Planes, Trains and Automobiles – And Boats, Too", **R. B. Palmer** (Session Organizer and Moderator), North American Congress of Clinical Toxicology, Annual Meeting, Toronto, ON, September, **2008**.

"And They Didn't File a Flight Plan: Forensic Toxicology & Pilot Impairment in General Aviation" **R. B. Palmer**, Session Presentation, North American Congress of Clinical Toxicology, Annual Meeting, Toronto, ON, Sept, **2008**.

"Dangers of Opioid-Containing Cough & Cold Drug Use in Children Less Than Six Years of Age", J. L. Green, W. Banner, R. Bond, R. Kauffman, A. Manoguerra, **R. B. Palmer**, I. M. Paul, B. Rumack, D. Winston and R. C. Dart, Poster Presentation, North American Congress of Clinical Toxicology, Annual Meeting, Toronto, ON, September, **2008**.  Abstract #56 listed in *Clin Toxicol*, **2008** 46(7):600-601.

"Massive Ethylene Glycol Ingestion Treated with Fomepizole Alone", J. A. Buchanan, M. A. Alhelail, E. W. Cetaruk, T. H. Schaeffer, **R. Palmer**, and J. Brent, Poster Presentation, North American Congress of Clinical Toxicology, Annual Meeting, Toronto, ON, September, **2008**.  Abstract #89 listed in *Clin Toxicol*, **2008** 46(7):606.

*Robert B. Palmer*

"Malicious Use of Nonprescription Cough and Cold Medications", J. L. Green, W. Banner, R. Bond, R. Kauffman, A. Manoguerra, **R. B. Palmer**, I. M. Paul, B. Rumack, D. Winston and R. C. Dart, Platform Presentation, Abstract #G45, American Academy of Forensic Sciences, Annual Meeting, Denver, CO, February, **2009**.

"Update in Forensic Toxicology", **R. B. Palmer** & C. L. Morris-Kukoski (Session Moderators), North American Congress of Clinical Toxicology, Annual Meeting, San Antonio, TX, September, **2009**.

"Mama Don't Take My Cytochrome Away:  The Clinical Toxicology of CYP450", **R. B. Palmer** and M. L. Winter (Session Moderators), North American Congress of Clinical Toxicology, Annual Meeting, San Antonio, TX, September, **2009**.

"This is Clearly a Fatal Methadone Overdose... I Think: The Forensic Toxicology of Methadone in Dead Guys", **R. B. Palmer**, Session Presentation, North American Congress of Clinical Toxicology, Annual Meeting, San Antonio, TX, September, **2009**.

"Child Abuse with Cough/Cold Medications", S. Yin, B. Rose, J. L. Green, R. C. Dart, **R. B. Palmer (as member of the Pediatric Cough/Cold Medication Surveillance Team)**, Poster Presentation, North American Congress of Clinical Toxicology, Annual Meeting, San Antonio, TX, September, **2009**.  Abstract #291 listed in *Clin Toxicol*, **2009** 47(7):761.

"Multi-System Pharmacosurveillance of Pediatric Nonprescription Cough and Cold Medications: The Role of the National Poison Data System". Green JL, Bronstein AC, Dart RC, **Pediatric Cough/Cold Medication Safety Surveillance Team**. European Association of Poisons Centres and Clinical Toxicologists, Annual Meeting, Stockholm, Sweden, May, **2009**.  Abstract #245 listed in *Clin Toxicol*, **2009** 47(5):499.

"The Collision of Data and Science: Cough and Cold Medications". Dart RC, **Pediatric Cough/Cold Medication Safety Surveillance Team**. (Session Presentation), North American Congress of Clinical Toxicology, Annual Meeting, San Antonio, TX, September, **2009**.

"Ethyl Glucuronide in Forensic Toxicology" **R. B. Palmer**, Invited Presentation, Medical Toxicology Western Fellows Conference, Annual Meeting, Denver, CO, April, **2010**.

"Ethyl Glucuronide in Forensic Toxicology" **R. B. Palmer**, Invited Presentation, Addiction Psychiatry Fellows Conference, Denver Health & Hospital Authority, Denver, CO, June, **2010**.

"Recent developments in the safety of nonprescription pediatric cough and cold products: A national surveillance initiative". Green JL, **Pediatric Cough/Cold Medication Safety Surveillance Team**. American Pharmacists Association Self-Care Institute, Annual Conference. Washington DC, June, **2010**.

"Accidental Unsupervised Ingestions (AUI) Most Common Type of Exposures Detected During Surveillance of Pediatric Exposures to Cough and Cold Medications".  Green JL, Reynolds K, Steitz AG, Dart RC, **Pediatric Cough/Cold Medication Safety Surveillance Team**.  North American Congress of Clinical Toxicology, Annual Meeting, Denver, CO, October, **2010**.  Abstract #50 listed in *Clin Toxicol*, **2010** 48(6):614.

"Therapeutic Errors Detected During Safety Surveillance of Over-the-Counter (OTC) Cough and Cold Medications in Children". Steitz AG, Green JL, Dart RC, **Pediatric Cough/Cold Medication Safety Surveillance Team**. North American Congress of Clinical Toxicology, Annual Meeting, Denver, CO, October, **2010**.  Abstract #157 listed in *Clin Toxicol*, **2010** 48(6):636.

"Measuring success with surveillance methodology". Green JL, Dart RC, **Pediatric Cough/Cold Medication Safety Surveillance Team**. North American Congress of Clinical Toxicology, Annual Meeting, Denver, CO, October, **2010**.

"Update in Forensic Toxicology", **R. B. Palmer** & C. L. Morris-Kukoski (Session Moderators), North American Congress of Clinical Toxicology, Annual Meeting, Denver, CO, October, **2010**.

"Don't Tread on Me: What You Didn't Know About Venomous Snakes", **R. B. Palmer** & M. L. Winter (Session Moderators), North American Congress of Clinical Toxicology, Annual Meeting, Denver, CO, October, **2010**.

 "Clinical Toxicology of Envenomations" **R. B. Palmer**, Invited Presentation, Mechanisms of Toxicology Course, University of Wyoming, Laramie, WY, October, **2010**.

*Robert B. Palmer*

"The Bare Bones of Forensic Toxicology" **R. B. Palmer**, Invited Presentation, Iowa Association of County Medical Examiners, Annual Meeting, Des Moines, IA, November, **2010**.

"Clandestine Meth Lab Issues" **R. B. Palmer**, Invited Presentation, American College of Medical Toxicology, Seminars in Forensic Toxicology: Stimulants, Rosslyn, VA, May, **2011**.

"Structure-Activity Relationship (SAR) of the Phenethylamines: A Focus on the Basics" **R. B. Palmer**, Invited Presentation, American College of Medical Toxicology, Seminars in Forensic Toxicology: Stimulants, Rosslyn, VA, May, **2011**.

"Adverse Events Associated with the Use of Unapproved Prescription Cough/Cold Products in Children". Carli L, Schaeffer TH, Bui A, Green JL, Dart RC, **Pediatric Cough/Cold Medication Safety Surveillance Team**. North American Congress of Clinical Toxicology, Annual Meeting, Washington, DC, September, **2011**. Abstract #86 listed in *Clin Toxicol*, **2011** 49(6):518.

Continuous Safety Surveillance and Root Cause Analysis of Serious Adverse Events Associated with Oral Cough and Cold Ingredients in Children <12 Years of Age. Green JL, **Pediatric Cough/Cold Medication Safety Surveillance Team**. 4th Annual PROTECT Initiative Meeting. Atlanta, GA, September, **2011**.

"Best Practices in Safety Surveillance: Monitoring Nonprescription Drugs". Green JL, **Pediatric Cough/Cold Medication Safety Surveillance Team**. Consumer Healthcare Products Association, Regulatory and Scientific Conference. Washington DC, May, **2012**.

Adverse Events with Cough/Cold Product Use in Children: Four Years of Surveillance. Green JL, Dart RC, Reynolds KM, **Pediatric Cough/Cold Medication Safety Surveillance Team**. North American Congress of Clinical Toxicology, Annual Meeting, Las Vegas, NV, October, **2012**. Abstract #48 listed in *Clin Toxicol*, **2012** 50(7):595.

Multi-System Pediatric Cough/Cold Product Surveillance Methodology: Evaluation of Data Sources. Khatri V, Green JL, Dart RC, Albert D, Reynolds KM, **Pediatric Cough/Cold Medication Safety Surveillance Team**. North American Congress of Clinical Toxicology, Annual Meeting, Las Vegas, NV, October, **2012**. Abstract #216 listed in *Clin Toxicol*, **2012** 50(7):670.

"The Intersection of Pediatric and Forensic Toxicology", **R. B. Palmer** & J. L. Lowry (Session Moderators), North American Congress of Clinical Toxicology, Annual Meeting, Las Vegas, NV, October, **2012**.

"Toxicology Articles You May Have Missed", **R. B. Palmer** & G. Shepherd (Session Moderators), North American Congress of Clinical Toxicology, Annual Meeting, Las Vegas, NV, October, **2012**.

"Trends in Reported Adverse Event Rates for Pediatric Exposures to Cough/Cold Medications". Green JL, **Pediatric Cough/Cold Medication Safety Surveillance Team**. 2nd Annual PROTECT-RX Initiative Meeting. Atlanta, GA, November, **2012**.

"Urine Drug Screens: We Don't Get Fooled Again". Banner W, Green JL, Bucher-Bartelson B, **Palmer RB**, Pediatric Cough/Cold Medication Safety Surveillance Team. (Session Presentation) North American Congress of Clinical Toxicology, Annual Meeting, Las Vegas, NV, October, **2012**.

"Three Autopsy Cases with Antemortem and Postmortem Blood Fentanyl Measurements" **R. B. Palmer** & R. E. Zumwalt, Poster Presentation, North American Congress of Clinical Toxicology, Annual Meeting, Atlanta, GA, September, **2013**. Abstract #93 listed in *Clin Toxicol*, **2013** 51(7):616-617.

"The Impact of Substance Abuse on the Pediatric and Adolescent Patient", **R. B. Palmer** & W. Banner (Session Moderators), North American Congress of Clinical Toxicology, Annual Meeting, Atlanta, GA, September, **2013**.

Pediatric Cough/Cold Safety Surveillance Expert Panel. Adverse Drug Event Detection Systems in the US. Banner W, Green JL, Reynolds KM, Kile DM, **Pediatric Cough/Cold Medication Safety Surveillance Team**. AACT Pre-Meeting Symposium, North American Congress of Clinical Toxicology, Annual Meeting, Atlanta, GA, September, **2013**.

*Robert B. Palmer*

"Toxicology Articles You May Have Missed", **R. B. Palmer** & G. Shepherd (Session Moderators), North American Congress of Clinical Toxicology, Annual Meeting, Atlanta, GA, September, **2013**.

"Forensic Toxicology: Myths and Mayhem", **R. B. Palmer**, Session Presentation, North American Congress of Clinical Toxicology, Annual Meeting, Atlanta, GA, September, **2013**.

"Pediatric Cough and Cold Medicine – Safety Surveillance Findings". Green JL, **Pediatric Cough/Cold Medication Safety Surveillance Team**. 2014 Conference on Pediatric Health Care: Strength in Children's Care. Boston, MA, March, **2014**.

"Critical Care Update for the Toxicologist", **R. B. Palmer** & T. H. Schaeffer (Session Moderators), North American Congress of Clinical Toxicology, Annual Meeting, New Orleans, LA, October, **2014**.

"Non-fatal adverse events associated with pediatric exposures to single ingredient dextromethorphan cough/cold products" K. M. Reynolds, H. A. Delva, D. A. Kile, R. C. Dart, J. L. Green, **Pediatric Cough/Cold Medication Safety Surveillance Expert Panel**. Poster Presentation, North American Congress of Clinical Toxicology, Annual Meeting, New Orleans, LA, October, **2014**. Abstract #17 listed in *Clin Toxicol*, **2014** 52(7):690.

"Description of edible marijuana products, potency ranges, and similarities to mainstream foods" G. S. Wang, K. E. Simone and **R. B. Palmer**. Poster Presentation, North American Congress of Clinical Toxicology, Annual Meeting, New Orleans, LA, October, **2014**. Abstract #273 listed in *Clin Toxicol*, **2014** 52(7):805.

"Pediatric Exposures to Cough/Cold Medications: Understanding Contributing Factors to Medication Errors". Nguyen L, O'Neil KL, Reynolds KM, Kile DA, Dart RC, Green JL, **Pediatric Cough/Cold Medication Safety Expert Panel**. North American Congress of Clinical Toxicology, Annual Meeting, New Orleans, LA, October, **2014**. Abstract #252 listed in *Clin Toxicol*, **2014** 52(7):795.

"Pediatric Exposures to Cough/Cold Medications: Characterization of Accidental Unsupervised Ingestions". Espinoza IC, O'Neil KL, Reynolds KM, Kile DA, Dart RC, Green JL, **Pediatric Cough/Cold Medication Safety Expert Panel**. North American Congress of Clinical Toxicology, Annual Meeting, New Orleans, LA, October, **2014**. Abstract #256 listed in *Clin Toxicol*, **2014** 52(7):797.

"Pick Your Poison: Toxicology for EMS Providers", **RB Palmer**, TH Schaeffer, Invited Seminar, Maine State/Atlantic Partners Emergency Medical Services Conference; Rockport, ME, November, **2014**.

"Adverse Events Associated with Opioid-Containing Cough and Cold Medications". Paul IM, Reynolds KM, Kauffman RE, Banner W, Bond GR, **Palmer RB**, Kile D, Green JL. In: Pediatric Academic Societies Meeting; Baltimore, MD, May, **2016**.

"Adverse Events Associated with Pediatric Exposures to Dextromethorphan". Paul IM, Reynolds KM, Kauffman RE, Banner W, Bond GR, **Palmer RB**, Kile D, Green JL. In: Pediatric Academic Societies Meeting; Baltimore, MD, May, **2016**.

"National Surveillance of Pediatric Adverse Events Associated with Cough/Cold Medications". Wang SW, Banner W, Bond RG, Kauffman R, **Palmer RB**, Paul IM, Kile D, Reynolds K, Green JL. In: Pediatric Academic Societies Meeting; Baltimore, MD, May, **2016**.

"Clinical Toxicology of Cannabis and Cannabinoids", **RB Palmer** & P Casey (Session Chair), European Association of Poisons Centres and Clinical Toxicologists, Annual Meeting, Madrid, Spain, May, **2016**.

"Postmortem Toxicology: What Every Toxicologist Should Know". **RB Palmer**. American Academy of Clinical Toxicology Forensics Section Webinar. August, **2016**.

"Focusing Prevention: Frequency, Causation, and Significance of Adverse Events from Cough and Cold Medications in Children". Wang SW, Reynolds KM, Banner W, Bond GR, Kauffman R, **Palmer RB**, Paul IM, Rapp-Olsson M, Green JL. In: Pediatric Academic Societies Meeting; San Francisco, CA. May, **2017**.

"Young Investigator Award Session", **R. B. Palmer** & S. Thomas (Session Chair), European Association of Poisons Centres and Clinical Toxicologists, Annual Meeting, Basel, Switzerland, May, **2017**.

*Robert B. Palmer*

"Best Paper Presentations Session", **R. B. Palmer** (Discussant), [Presented: *Interpretation of postmortem vitreous concentrations of sodium and chloride. B. Zilg, et al. For Sci Int, (2016) 263:107-113.*] European Association of Poisons Centres and Clinical Toxicologists, Annual Meeting, Basel, Switzerland, May, **2017**.

"Autopsy Reports Improve Assessment of Relatedness in Pediatric Fatalities Involving Cough/Cold Medications". Delva HD, Reynolds KM, Rapp Olsson M, Green JL, Banner W, Bond GR, Kauffman RE, **Palmer RB**, Paul IM, Dart RC.  North American Congress of Clinical Toxicology, Annual Meeting, Vancouver, BC.  Abstract #217 listed in *Clin Toxicol*, **2017** 55(7):813.

"Errors in the Postmortem Toxicology Literature", **R. B. Palmer**, American Academy of Clinical Toxicology Forensics Section, Invited Session Presentation, North American Congress of Clinical Toxicology, Annual Meeting, Vancouver, BC, October, **2017**.

"Myths and Other Silliness in EMS Toxicology", **R. B. Palmer**, Northeastern Colorado Emergency Trauma Conference, Invited Presentation, Holyoke, CO, February, **2019**.