# VERDICT FORM

We, the jury, find Defendant Lonnie Joseph Parker __Guilty__
(guilty/not guilty) of the crime of knowingly or intentionally distributing oxycodone, a Schedule II controlled substance, on or about August 1, 2018, to Noel Crabtree, as charged in Count One (1) of the Second Superseding Indictment.

NOTE: Answer the following question only if you find that the defendant is guilty of Count One (1).

We, the jury, find unanimously and beyond a reasonable doubt that oxycodone distributed by the defendant caused the death of Noel Crabtree.

☐ Yes

☑ No

_____
Foreperson

__10/28/2022__
Date

1

## VERDICT FORM

We, the jury, find Defendant Lonnie Joseph Parker __Guilty__
(guilty/not guilty)
of the crime of knowingly or intentionally distributing promethazine HCl with codeine solution, a Schedule V controlled substance, on or about August 29, 2018, to Gregory Thomas as charged in Count Two (2) of the Second Superseding Indictment.

__10/28/2022__
Date

_____
Foreperson

## VERDICT FORM

We, the jury, find Defendant Lonnie Joseph Parker __Guilty__
(guilty/not guilty)
of the crime of knowingly or intentionally distributing promethazine HCl with codeine solution, a Schedule V controlled substance, on or about November 17, 2018, to Kenn'tae Jones as charged in Count Three (3) of the Second Superseding Indictment.

_____
Foreperson

10/28/2022
Date

## VERDICT FORM

We, the jury, find Defendant Lonnie Joseph Parker __Guilty__
(guilty/not guilty)
of the crime of knowingly or intentionally distributing oxycodone, a Schedule II controlled substance, on or about January 4, 2019, to Luke Holley as charged in Count Four (4) of the Second Superseding Indictment.

__10/28/2022__
Date

_____
Foreperson

## VERDICT FORM

We, the jury, find Defendant Lonnie Joseph Parker _Not Guilty_
(guilty/not guilty)
of the crime of knowingly or intentionally distributing oxycodone, a Schedule II controlled substance, on or about January 7, 2019, to Joshua Franklin as charged in Count Five (5) of the Second Superseding Indictment.

_10/28/2022_
Date

_____
Foreperson