IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


UNITED STATES OF AMERICA                                          PLAINTIFF


VS.                    CRIMINAL CASE NUMBER:  4:19CR40018-001


LONNIE JOSEPH PARKER                                             DEFENDANT

### JUDGMENT OF ACQUITTAL

The Defendant was found not guilty as to Count Five of the Second Superseding Indictment.

IT IS ORDERED this 28th day of October, 2022,  that the Defendant is acquitted as to Count Five of the Second Superseding Indictment.


/s/ Susan O. Hickey
SUSAN O. HICKEY
CHIEF U.S. DISTRICT JUDGE