IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                               PLAINTIFF

v.                                    Case No. 4:19-cr-40018

LONNIE JOSEPH PARKER                                                                                  DEFENDANT

## ORDER

Before the Court is Defendant Lonnie Joseph Parker's Motion for Permission to File Motion Under Seal. ECF No. 179. No response is necessary, and the matter is ripe for consideration.

Defendant asks the Court for leave to file a motion under seal. Defendant states that "[t]he subject matter of the motion" is of "sensitive nature." Defendant further states that his counsel has informed the government of the subject matter of the proposed motion and does not seek to file the motion *ex parte*. Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, Defendant's motion (ECF No. 179) is hereby **GRANTED**, and the Court hereby grants Defendant leave to file his motion under seal. The Clerk of Court is **DIRECTED** to restrict access to Defendant's motion to case participants only.[1]

**IT IS SO ORDERED**, this 5th day of January, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] The government should respond to Defendant's sealed motion within fourteen (14) days of the date of service, in accordance with the local rules. *See* W.D. Ark. Local Rule 7.2. The Clerk of Court is **DIRECTED** to restrict access to any response filed by the government to case participants only.