IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                           Case No. 4:19-cr-40018

LONNIE JOSEPH PARKER                                                                          DEFENDANT

## ORDER

Before the Court is Defendant Lonnie Joseph Parker's Motion for Permission to Travel to Daughter's College Graduation. ECF No. 201. The matter is ripe for the Court's consideration.

On October 28, 2022, a jury found Defendant guilty of two counts of knowingly or intentionally distributing oxycodone and two counts of knowingly or intentionally distributing promethazine HCl with codeine solution. Defendant is currently subject to location monitoring pending sentencing. As part of this location monitoring, Defendant is subject to travel restrictions. ECF No. 177.

Defendant now asks the Court for permission to travel to his daughter's college graduation, which will be held in San Marcos, Texas on May 12, 2023. Defendant specifies that he "will travel by automobile with his wife," "will not stay overnight," and "will fully charge his electronic monitoring device and will take a portable charger with him." ECF No. 201, at 1. The government does not object.

Upon consideration, the Court finds that Defendant's instant motion (ECF No. 201) should be and hereby is **GRANTED**. Defendant may travel to San Marcos, Texas on May 12, 2023, subject to the following restrictions:

- Defendant is only authorized to travel on May 12, 2023;
- Defendant shall travel with his wife via automobile;
- Defendant shall not stay overnight; and
- Defendant shall fully charge his electronic monitoring device prior to leaving his Texarkana, Arkansas residence and shall take a portable charger with him.

Failure to comply with this Order may result in a modification of Defendant's conditions of release.

**IT IS SO ORDERED**, this 21st day of April, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge