IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 4:19-CR-40018-001 |
| ) | |
| ) | |
| LONNIE JOSEPH PARKER ) | |

**UNITED STATES' REQUEST FOR AN ALTERNATIVE SENTENCING DATE**

Comes now the United States of America, by and through David Clay Fowlkes, United States Attorney for the Western District of Arkansas, and Anne E. Gardner, Special Assistant United States Attorney, for its Request states as follows:

The sentencing date in this matter has been set for July 30, 2024, at 9:30 a.m. The United States respectfully submits that lead counsel in this case is scheduled to be in court out of state representing the United States in another scheduled matter the week of July 29, 2024.

Counsel for the United States is available the weeks prior to July 29, 2024, or anytime after August 2, 2024.

**CONCLUSION**

WHEREFORE, the United States respectfully requests an alternative sentencing date, as counsel cannot attend the hearing in Texarkana the week of July 29, 2024.

Respectfully submitted,

DAVID CLAY FOWLKES
United States Attorney

A<small>NNE</small> E. G<small>ARDNER</small>
Special Assistant United States Attorney
Post Office Box 1229
Little Rock, Arkansas 72203

1

(501) 340-2600
Anne.Gardner2@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on July 10, 2024, a copy of the foregoing was electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Files (CM/ECF) system, which shall send electronic notification of such filing to opposing counsel of record.

ANNE E. GARDNER