IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Criminal No. 4:19-CR-40018-SOH |
| ) | |
| LONNIE JOSEPH PARKER, ) | |
| ) | |
| DEFENDANT. ) | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

COMES NOW, Defendant Lonnie Parker, M.D. ("Dr. Parker"), by and through counsel, and hereby moves, under Local Rule 7.5, for an order continuing the sentencing date in this case by thirty (30) days. There is good cause for a continuance because the undersigned was not trial counsel and just recently received the eight (8) days of trial transcripts, despite having requested them over one year ago. The Government does not oppose this motion.

In support of the motion, the undersigned represents as follows:

1. The Government charged Dr. Parker by way of a second superseding indictment with five counts of prescribing controlled substances outside the usual course of professional practice and without a legitimate medical purpose, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), (b)(3), and 21 C.F.R. § 1306.04. ECF No. 114.

2. In October 2022, Dr. Parker exercised his right to a jury trial and, after an eight-day trial, the jury returned a verdict of guilty on Counts 1-4, and not guilty on Count 5. *See* ECF Nos. 168-169. Dr. Parker was represented by a different attorney at trial.

1

3. In June of 2023, this Court granted Dr. Parker's motion to substitute counsel, replacing Dr. Parker's prior attorney (trial counsel) with the undersigned. ECF No. 205. Only a few weeks later, the undersigned began making efforts to order and obtain the trial transcripts in this matter. The trial transcripts were requested on August 01, 2023.

4. Despite repeated attempts to secure the transcripts months in advance of sentencing, the undersigned was not able to do so. The court reporter in this matter had experienced personal issues that prevented her from producing the transcripts by the requested date.[1] The undersigned's staff had reached out to the court reporter on multiple occasions, most recently in March of 2024, June of 2024, and July of 2024, finally receiving the transcripts on August 02, 2024.

5. Therefore, the requested continuance will afford counsel the proper time to review the eight (8) days of trial transcripts, and effectively prepare for and represent Dr. Parker at sentencing.

6. On August 02, 2024, counsel for the Government was contacted about the requested continuance. The Government's counsel stated that they do not oppose this motion.

WHEREFORE, Dr. Parker respectfully requests that the Court issue an order continuing sentencing in this matter by thirty (30) days, under Local Rule 7.5.

---

[1] Out of an abundance of caution and respect for the privacy of the court reporter, the undersigned elected not to divulge additional details surrounding the reasons for the court reporter's delay. If the Court so chooses, however, counsel is able to share the additional information in an alternative forum.

                                        Respectfully Submitted,
                                        CHAPMAN LAW GROUP

Dated: August 5, 2024              s/ *Ronald W. Chapman II*
                                        Ronald W. Chapman II, Esq., LL.M.
                                        MI Bar No. P73179
                                        *Counsel for Defendant Parker*
                                        1441 W. Long Lake Rd., Ste 310
                                        Troy, MI 48098
                                        T: (248) 644-6326
                                        F: (248) 644-6324
                                        RWChapman@ChapmanLawGroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2024, I electronically filed the forgoing document with the clerk of court by using the CM/ECF system which will send the notice of electronic filing to all attorneys of record.

                                        s/ *Ronald W. Chapman II*
                                        Ronald W. Chapman II, Esq., LL.M.