**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **CRIMINAL NO.** <u>4:19CR40018-001</u> | | **USA V.** <u>LONNIE JOSEPH PARKER</u> |
| **COURT PERSONNEL:** | | **APPEARANCES:** |
| **JUDGE** <u>SUSAN O. HICKEY</u> | | **GOVERNMENT** <u>ANNE GARDNER & GRAHAM E. JONES</u> |
| **CLERK** <u>ROBIN GRAY</u> | | **DEFENDANT** <u>RONALD W. CHAPMAN, II</u> |
| **REPORTER** <u>JODI WADE</u> | | **USPO** <u>TAMMY ALBRITTON</u> |

**SENTENCING MINUTE SHEET**

- (X) On this date the above named defendant appeared in person and placed under oath.
- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Objections to the presentence investigation report reviewed and ruled on by the Court.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows: **The defendant is sentenced to 87 months in the Bureau of Prisons on Counts 1 and 4 of the Second Superseding Indictment to run concurrent; 12 months on Counts 2 and 3 of the Second Superseding Indictment to run concurrent with each other and concurrent to the sentence imposed on Counts 1ss and 4ss for a total term of 87 months imprisonment with credit for time served in federal custody. Three (3) years of Supervised Release is ordered on Counts 1ss and 4ss and 1 year Supervised Release on Counts 2ss and 3ss to run concurrently with each other for a total term of three (3) years Supervised Release.**
- (X) While on supervised release, the defendant shall not commit any federal, state, or local crime; the defendant shall be prohibited from possessing a firearm or other dangerous device. In addition, the defendant shall not possess a controlled substance, and shall submit to drug testing in accordance with 18 U.S.C. § 3583(d). Pursuant to 18 U.S.C. § 3583(d), the defendant shall cooperate and submit to the collection of a DNA sample, if the collection of such sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000. The defendant shall comply with the standard conditions of supervised release as set out in the plea agreement.

**CRIMINAL NO.:  4:19CR40018-001**

(X) Defendant ordered to comply with the following special conditions of Supervised Release:

    **1. The defendant shall submit his person, residence, and/or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner based upon reasonable suspicion of evidence of a violation of any condition of supervised release. Failure to submit to a search may be grounds for revocation.**

    **2. The defendant shall not purchase, possess, use, distribute, or administer marijuana or obtain or possess a medical marijuana card or prescription. If the defendant is currently in possession of a medical marijuana card, he will turn it over immediately to the probation office.**

(X) Defendant ordered to pay total special assessment of $250.00, pursuant to *18 U.S.C. 3013*, for count(s) 1 ($100.00), 2 ($25.00), 3 ($25.00) and 4 ($100.00) of the Second Superseding Indictment, which shall be due immediately, with payment to be made to the **U.S. Clerk of Court.**

(X) The Court recommends confinement at a Texarkana FCI.

(X) Defendant advised of appeal rights.

(X) Oral Motion by Defendant to self report - Granted.  The Defendant shall abide by all previously imposed conditions of release pending incarceration.

(X) The Defendant shall report to the designated BOP facility on October 9, 2024.

**DATE:  August 26, 2024**　　　　　　　　　　**Proceeding began:  10:18 a.m.**
　　　　　　　　　　　　　　　　　　　　　　　**Proceeding ended:  12:20 p.m**