United States District Court
*for the*
Western District of Arkansas

## NOTICE OF APPEAL

United States of America, \
*Plaintiff;*

vs.

Lonnie Joseph Parker, \
*Defendant.*

* 4:19-cr-40018-SOH
* District Court Docket Number
* Honorable Susan O. Hickey
* District Court Judge

Notice is hereby give that Lonnie Joseph Parker, M.D. appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment and Commitment entered in this action on August 27, 2024.

s/ Ronald W. Chapman II \
Signature of Appellant's Counsel

Ronald W. Chapman II \
Typed Name of Appellant's Counsel

1441 W. Long Lake Rd.    Ste. 310 \
Street Address           Room

(248) 644-6326 \
Telephone Number (include Area Code)

Troy         MI       48098 \
City         State    Zip Code

September 5, 2024 \
Date

Defendant's Address: Texarkana, AR \
(Complete Address if incarcerated; or City & State only)

Offenses: Distribution of a Schedule II & V Controlled Substance Without an Effective Prescription

Counts 1-4

Date of Verdict: October 28, 2022    ☑ Jury    ☐ Non-Jury

Trial Testimony - Number of Days 8    Bail Status on $5,000 unsecured bond

Sentence: 87 months' imprisonment and 3 years' supervised release thereafter

Date Imposed: August 26, 2024

Appealing:  ☐ Sentence    ☐ Conviction    ☑ Both

Trial Counsel was:  ☐ Appointed    ☑ Retained

Does Defendant's financial status warrant appointment of counsel on appeal?   ☐ Yes  ☑ No

Affidavit of Financial Status (CJA23) filed on: _____

Is there a reason why trial counsel should not be appointed as counsel on appeal?  ☑ Yes  ☐ No

Assistant U.S. Attorney (Name and Phone): Anne Gardner (501) 324-5342; Graham Edward Jones (903) 794-9481

**CERTIFICATE OF SERVICE**

      I do hereby certify that a copy of the foregoing Notice of Appeal has been electronically filed with the Clerk of Court using the CM/ECF System on September 5, 2024 which will send notification of such filing to the following:

Anne Gardner
Graham Edward Jones

and I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:
N/A

                                            /s/ Ronald W. Chapman II

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 5, 2024, I presented the foregoing Notice of Appeal to the Clerk of Court for filing and uploading to the CM/ECF System which will send notification of such filing to the following:

Anne Gardner
Graham Edward Jones

and I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:
N/A

                                            /s/ Ronald W. Chapman II