U.S. COURT OF APPEALS   EIGHTH CIRCUIT

## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case)

United States District Court - Western District of Arkansas – Texarkana   Division

Case Number: 4:19-cr-40018
Style: USA v. Lonnie Joseph Parker

Financial Status: Fee Paid?   Yes ✓   No ☐

If NO, has IFP been granted?   Yes ☐   No ☐

Is there a pending motion for IFP?   Yes ☐   No ☐

Are there any other post - judgment motions?   Yes ☐   No ✓

Please identify the court reporter:   Jodie Wade (jodi_wade@arwd.uscourts.gov)

If no court reporter, please check ☐

**Criminal cases only:**

Is the defendant currently incarcerated?   Yes ✓   No ☐

**Special Comments**: Marcie Long (870) 330-8304